Tim A. Pori (SBN 189270)
John F. Baumgardner (SBN 275674)
LAW OFFICES OF TIM A. PORI
521 Georgia Street
Vallejo, CA   94590
Tel:  (707) 644-4004

Attorney for Plaintiffs SEAN O'TOOLE, KELLEY O'TOOLE, STEVEN DANIEL LEE, JENNIFER LYNN CURTIS, and JACK FOSTER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN O'TOOLE, KELLEY O'TOOLE, STEVEN DANIEL LEE, JENNIFER LYNN CURTIS, and JACK FOSTER,<br><br>            Plaintiffs,<br><br>vs.<br><br>CITY OF ANTIOCH, ANTIOCH POLICE DEPARTMENT, JAMES HYDE CHIEF OF ANTIOCH POLICE DEPARTMENT, NORMAN WIELSCH, JOSHUA VINCELET, JAMES WISECARVER JR., STEVEN AIELLO, MICHAEL McGARY, AND DOES 1 - 20, inclusive,<br><br>            Defendants.<br>_____/ | Case No.  C 11-01502 PJH<br><br>**STIPULATION AND [PROPOSED ORDER] TO EXTEND TIME TO MEET AND CONFER, AND FILE ADR CERTIFICATION, STIPULATION TO ADR PROCESS, RULE 26(f) REPORT, JOINT CMC STATEMENT, AND INTITAL DISCLOSURES** |

   The CITY OF ANTIOCH, et al. and, Plaintiffs SEAN O'TOOLE, KELLEY O'TOOLE, STEVEN DANIEL LEE, JENNIFER LYNN CURTIS and JACK FOSTER wish to extend the filing dates for the ADR Certification, Stipulation to ADR process, Rule 26 (f) report, Joint CMC statement and any other initial disclosures because Plaintiffs will be filing a First Amended Complaint pursuant to the court's order.

   Therefore, IT IS HEREBY Stipulated, by and between Tim A. Pori, on behalf of Plaintiffs SEAN O'TOOLE, KELLEY O'TOOLE, STEVEN DANIEL LEE, JENNIFER LYNN CURTIS and JACK FOSTER, and James V. Fitzgerald III, on behalf of Defendants CITY OF

1  ANTIOCH, ANTIOCH POLICE DEPARTMENT, JAMES HYDE, JOSHUA VINCELET,
2  JAMES WISECARVER, JR, AND STEVEN AIELLO, that deadlines for filing ADR
3  Certification, Stipulation to ADR process, Rule 26 (f) report, Joint CMC statement and any other
4  initial disclosures may be extended to 60 days after the filing of Plaintiffs' First Amended
5  Complaint. The case management conference is continued to October 13, 2011 at 2:00 p.m. A joint case management conference statement shall be filed by October 6, 2011.

Dated: August 3, 2011           /s/ Tim A. Pori
                                TIM A. PORI
                                Attorney for Plaintiffs Sean O'Toole, Kelley
                                O'Toole, Steven Daniel Lee, Jennifer Lynn Curtis,
                                and Jack Foster

Dated: August 3, 2011           /s/ James V. Fitzgerald III (Authorized 8/3/11)
                                JAMES V. FITZGERALD III
                                Attorney for Defendants City of Antioch, Antioch
                                Police Department, James Hyde, Joshua Vincelet,
                                James Wisecarver, Jr, and Steven Aiello

**[PROPOSED] ORDER**

BASED UPON THE STIPULATION IT IS SO ORDERED.

Dated: 8/8/11  _____
               JUDGE OF THE UNITED STATES
               DISTRICT COURT

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*
*UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA*