UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SEAN O'TOOLE, et al.,

    Plaintiffs,

    v.

CITY OF ANTIOCH, et al.,

    Defendants.

_____/

No. C 11-1502 PJH

**ORDER LIFTING STAY**

    The court is in receipt of the parties' updated joint case management statement, filed on January 23, 2014. In the joint statement, plaintiffs request that the stay in this matter be lifted by the court. Although two of the plaintiffs are currently appealing their criminal convictions, those two plaintiffs still request that the stay be lifted and the case be permitted to proceed. Although plaintiffs have not formally moved to lift the stay, the court finds this request sufficient, and hereby orders that the stay be LIFTED. The court will proceed with the currently-scheduled case management conference on February 6, 2014, at 2:00pm.

    **IT IS SO ORDERED.**

Dated: January 24, 2014

_____
PHYLLIS J. HAMILTON
United States District Judge