1   JAMES V. FITZGERALD, III (State Bar No. 55632)
    NOAH G. BLECHMAN (State Bar No. 197167)
2   MᶜNAMARA, NEY, BEATTY, SLATTERY,
    BORGES & AMBACHER LLP
3   1211 Newell Avenue
    Walnut Creek, CA 94596
4   Telephone: (925) 939-5330
    Facsimile:  (925) 939-0203
5
    Attorneys for Defendants
6   CITY OF ANTIOCH, ANTIOCH POLICE DEPARTMENT,
    JAMES HYDE CHIEF OF ANTIOCH POLICE
7   DEPARTMENT, JOSHUA VINCELET, JAMES
    WISECARVER, JR., STEVEN AIELLO, STEVEN
8   BERGERHOUSE, RONALD KRENZ, DANIELLE
    JOANNIDES, STEPHANIE A. CHALK, AND CAPTAIN
9   LEONARD ORMAN

10                  UNITED STATES DISTRICT COURT

11                 NORTHERN DISTRICT OF CALIFORNIA

12

13   SEAN O'TOOLE, KELLEY O'TOOLE,        Case No. CV11-01502 PJH
     STEVEN DANIEL LEE, JENNIFER
14   LYNN CURTIS, and JACK FOSTER,        DEFENDANT CITY OF ANTIOCH'S
                                          RESPONSES TO PLAINTIFF'S FIRST
15              Plaintiffs,               REQUEST FOR PRODUCTION OF
                                          DOCUMENTS
16       vs.

17   CITY OF ANTIOCH, ANTIOCH POLICE
     DEPARTMENT, JAMES HYDE CHIEF
18   OF ANTIOCH POLICE DEPARTMENT,
     NORMAN WIELSCH, MICHAEL
19   McGARY, LOUIS LOMBARDI, JOSHUA
     VINCELET, JAMES WISECARVER, JR.,
20   STEVEN AIELLO, STEVEN
     BERGERHOUSE, CHRISTOPHER
21   BUTLER, RONALD KRENZ, DANIELLE
     JOANNIDES, STEPHANIE A. CHALK,
22   CAPTAIN LEONARD ORMAN, AND
     DOES 1-20, inclusive,
23
                Defendants.
24

25   PROPOUNDING PARTY:        PLAINTIFFS   SEAN   O'TOOLE,   KELLEY

26                             BARBARA O'TOOLE, STEVEN DANIEL LEE,

27                             JENNIFER LYNN CURTIS, and JACK FOSTER

28   RESPONDING PARTY:         CITY OF ANTIOCH

     DEFENDANT CITY OF ANTIOCH'S
     RESPONSES TO PLAINTIFF'S FIRST REQUEST
     FOR PRODUCTION OF DOCUMENTS

McNAMARA, NEY, BEATTY, SLATTERY, BORGES & AMBACHER LLP
ATTORNEYS AT LAW
1211 NEWELL AVENUE, WALNUT CREEK, CA 94596
TELEPHONE: (925) 939-5330

SET NUMBER:                    ONE

## PRELIMINARY STATEMENT

These responses are made solely for the purpose of this action. Each response is subject to all objections as to competence, relevance, materiality, propriety, and admissibility and any and all other objections and grounds that would require the exclusion of statements contained herein if any requests were asked for, or if a statement contained herein were made by a witness present and testifying in court, all of which objections and grounds are reserved and may be interposed at the time of trial.

This responding party is responding to all requests to the extent that information has become known to it. However, this responding party's discovery, investigation, and preparation for trial of this matter has not been completed as of the date of these responses and, therefore, this responding party does not purport to state anything more than information currently known and discovered by it.

Due to the passage of time, some records may not be located and/or accessible. Defendant reserves the right to continue their investigation for any relevant records and reserve the right to supplement these responses accordingly. This responding party reserves the right to continue discovery and investigation in this matter regarding facts, witnesses, and supporting data and to present at trial information discovered after the date of these responses to these requests.

This preliminary statement is incorporated into each and every response set forth below.

## REQUEST FOR PRODUCTION NO. 1:   – PR 6/18/07

Any and all documents pertaining and related to the investigation or arrest or detention, search or seizure of Jennifer Lynn Curtis, DOB 7-26-80, and Kevin Darel Ackerman, DOB, 9-29-71, and their home at 701 Thompsons Dr., Brentwood, Ca., 94513, which began on or around or between 6/28/07 through 12/31/09, including Antioch Police Department investigation or arrest reports, recordings, e-mails, affidavits for search warrants, search warrants, applications for destruction orders, destruction orders, returns to search warrants, lists of property and/or currency seized, internal and external evidence chain of custody documents, asset forfeiture documents, CAD logs, photographs, video, and audio recordings, and recorded radio communications, and

McNAMARA, NEY, BEATTY, SLATTERY, BORGES & AMBACHER LLP
ATTORNEYS AT LAW
1211 NEWELL AVENUE, WALNUT CREEK, CA 94596
TELEPHONE: (925) 939-5330

1   internal and external evidence chain of custody documents of property seized, by Antioch PD,

2   and or CCCNET (Contra Costa County Narcotics Enforcement Team), and the California

3   Highway Patrol, as well as including reports constituting, referring and related to Norm Wielsch,

4   Louis Lombardi, Chris Butler, Michael McGary, Joshua Vincelet, Steven Bergerhouse, Ronald

5   Krenz, Danielle Joannides, Stephanie Chalk, Leonard Orman, Michael Mortimer, Steven Aiello,

6   James Wisecarver Jr., or any other state, local, or Federal Investigation agent or officer involved

7   in the Thompsons Dr. raid pursuant to Martinez, Ca., Sup. Ct. Search Warrant case #M07-269,

8   including reports drafted by Chris Butler as an expert in steroids, or any and all reports drafted by

9   any member of the Antioch Police Department, or CHP.

### RESPONSE TO REQUEST FOR PRODUCTION NO. 1:

11        Defendant objects to this request insofar as the request is not calculated to lead to the

12   discovery of relevant and/or admissible evidence, is overly broad, vague and ambiguous, is

13   entirely compound, is unduly burdensome and oppressive, is overbroad as to time and scope,

14   seeks records not in the possession of these Antioch Defendants, seeks documents which may be

15   privileged and/or confidential and/or may implicate the fundamental rights to privacy of persons

16   under the U.S. and California constitutions.  Without waiving the foregoing objections, Defendant

17   responds as follows: Defendant will produce relevant, non-privileged documents that have been

18   located in its possession, that may be responsive to this request.

### REQUEST FOR PRODUCTION NO. 2:

20        Any and all reports, recordings, e-mails, photographs, video and audio recordings, or

21   memos drafted pertaining to the above-mentioned 701 Thompsons Dr., Brentwood, CA raid by

22   any above-entitled Law enforcement agency including Antioch Police Department, APD Internal

23   Affairs Bureau investigation reports, investigation reports by the Contra Costa County District

24   Attorney's Office, Bureau of Narcotics Enforcement reports, or reports by any special agent of

25   the Federal Bureau of Investigation regarding any independent investigation of the raid which

26   occurred beginning on or about or between 6/28/07 through 12/31/09.

### RESPONSE TO REQUEST FOR PRODUCTION NO. 2:

28        Defendant objects to this request insofar as the request is not calculated to lead to the

DEFENDANT CITY OF ANTIOCH'S
RESPONSES TO PLAINTIFF'S FIRST REQUEST      3
FOR PRODUCTION OF DOCUMENTS

McNAMARA, NEY, BEATTY, SLATTERY, BORGES & AMBACHER LLP
ATTORNEYS AT LAW
1211 NEWELL AVENUE, WALNUT CREEK, CA 94596
TELEPHONE: (925) 939-5330

McNAMARA, NEY, BEATTY, SLATTERY, BORGES & AMBACHER LLP
ATTORNEYS AT LAW
1211 NEWELL AVENUE, WALNUT CREEK, CA 94596
TELEPHONE: (925) 939-5330

1  discovery of relevant and/or admissible evidence, is overly broad, vague and ambiguous, is

2  entirely compound, is unduly burdensome and oppressive, is overbroad as to time and scope,

3  seeks records not in the possession of these Antioch Defendants, seeks documents which may be

4  privileged and/or confidential and/or may implicate the fundamental rights to privacy of persons

5  under the U.S. and California constitutions.  Without waiving the foregoing objections, Defendant

6  responds as follows: Defendant will produce relevant, non-privileged documents that have been

7  located in its possession, that may be responsive to this request.

8  **REQUEST FOR PRODUCTION NO. 3**:

9  Any and all documents pertaining and related to the investigation or arrest or any

10  detentions, consensual encounters, search or seizure of Jennifer Lynn Curtis, DOB 7-26-80, and

11  Kevin Darel Ackerman, DOB, 9-29-71, and search and seizure of their home at 701 Thompsons

12  Dr., Brentwood, Ca., 94513, which began on or about or between 6/28/07 through 12/31/09

13  including investigation or arrest reports, recordings, e mails, photographs, video and audio

14  recordings, affidavits for search warrants, search warrants, applications for destruction orders,

15  destruction orders, returns to search warrants, lists of property and currency seized, asset

16  forfeiture documents, CAD logs, photographs, and recorded radio communications, and internal

17  and external evidence chain of custody documents of property seized, by Antioch PD, CCCNET,

18  pursuant to Search Warrant, case #P08-301, (CCCNET case number TF07-00076), including

19  reports constituting referring and related to Norm Wielsch, Louis Lombardi, Chris Butler,

20  Michael McGary, Joshua Vincelet, Steven Bergerhouse, Ronald Krenz, Danielle Joannides,

21  Stephanie Chalk, Leonard Orman, Michael Mortimer, Steven Aiello, James Wisecarver Jr., or any

22  other state, local, or Federal Investigation agent or officer involved in the above-mentioned

23  Thompsons Dr. raid.

24  **RESPONSE TO REQUEST FOR PRODUCTION NO. 3**:

25  Defendant objects to this request insofar as the request is not calculated to lead to the

26  discovery of relevant and/or admissible evidence, is overly broad, vague and ambiguous, is

27  entirely compound, is unduly burdensome and oppressive, is overbroad as to time and scope,

28  seeks records not in the possession of these Antioch Defendants, seeks documents which may be

privileged and/or confidential and/or may implicate the fundamental rights to privacy of persons under the U.S. and California constitutions.  Without waiving the foregoing objections, Defendant responds as follows: Defendant will produce relevant, non-privileged documents that have been located in its possession, that may be responsive to this request.

**REQUEST FOR PRODUCTION NO. 4:**

Any and all reports, audio and video recordings, e mails, photographs, video, or memos drafted pertaining to the above mentioned raid at 701 Thompsons Dr., Brentwood, CA, by any above-entitled Law enforcement agency including Antioch PD Internal Affairs Bureau investigation reports, investigation reports by the Contra Costa County District Attorney's Office, Bureau of Narcotics Enforcement reports, or reports by any special agent of the Federal Bureau of Investigation regarding independent investigation of the raid beginning on or about or between 6/28/07 through 12/31/09.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 4:**

Defendant objects to this request insofar as the request is not calculated to lead to the discovery of relevant and/or admissible evidence, is overly broad, vague and ambiguous, is entirely compound, is unduly burdensome and oppressive, is overbroad as to time and scope, seeks records not in the possession of these Antioch Defendants, seeks documents which may be privileged and/or confidential and/or may implicate the fundamental rights to privacy of persons under the U.S. and California constitutions.  Without waiving the foregoing objections, Defendant responds as follows: Defendant will produce relevant, non-privileged documents that have been located in its possession, that may be responsive to this request.

**REQUEST FOR PRODUCTION NO. 5:**

Any and all reports, audio and video recordings, e mails, photographs, or memos drafted pertaining to the above-mentioned raid at 701 Thompsons Dr., Brentwood, CA, by any above-entitled Law enforcement agency including APD Internal Affairs Bureau investigation reports, investigation reports by the Contra Costa County District Attorney's Office, Bureau of Narcotics Enforcement reports, or reports by any special agent of the Federal Bureau of Investigation regarding independent investigation of the above-named Thompsons Dr. raid beginning on or

McNAMARA, NEY, BEATTY, SLATTERY, BORGES & AMBACHER LLP
ATTORNEYS AT LAW
1211 NEWELL AVENUE, WALNUT CREEK, CA 94596
TELEPHONE: (925) 939-5330

1   around or between 6/28/07 through 12/31/09.

2   **RESPONSE TO REQUEST FOR PRODUCTION NO. 5**:

3      Defendant objects to this request insofar as the request is not calculated to lead to the

4   discovery of relevant and/or admissible evidence, is overly broad, vague and ambiguous, is

5   entirely compound, is unduly burdensome and oppressive, is overbroad as to time and scope,

6   seeks records not in the possession of these Antioch Defendants, seeks documents which may be

7   privileged and/or confidential and/or may implicate the fundamental rights to privacy of persons

8   under the U.S. and California constitutions.  Without waiving the foregoing objections, Defendant

9   responds as follows: Defendant will produce relevant, non-privileged documents that have been

10  located in its possession, that may be responsive to this request.

11  **REQUEST FOR PRODUCTION NO. 6**:

12     Any and all documents  pertaining to any CCCNET and/or Antioch PD  raid on 701

13  Thompsons Dr., Brentwood, Ca., 94513, beginning on or around or between 6/28/07 through

14  12/31/09 , including investigation or arrest reports, audio and video recordings, e mails,

15  applications for search warrants, search warrants, returns to search warrants, lists of property and

16  currency seized, application for destruction orders, destruction orders, asset forfeiture documents,

17  CAD logs, and recorded radio communications pertaining and related to any detentions,

18  consensual encounters, and internal and external evidence chain of custody documents of

19  property searched and seized from Jennifer Lynn Curtis, DOB 7-26-80, and Kevin Darel

20  Ackerman, DOB, 9-29-71 and their home at 701 Thompsons Dr., Brentwood, Ca.,

21  94513,including reports constituting, referring and related to Norm Wielsch, Louis Lombardi,

22  Chris Butler, Michael McGary, Joshua Vincelet, Steven Bergerhouse, Ronald Krenz, Danielle

23  Joannides, Stephanie Chalk, Leonard Orman, Michael Mortimer, Steven Aiello, James

24  Wisecarver Jr., or any other state local, or Federal Investigation agent or officer involved in the

25  raid beginning on or around or between 6/28/07 through 12/31/09.

26  **RESPONSE TO REQUEST FOR PRODUCTION NO. 6**:

27     Defendant objects to this request insofar as the request is not calculated to lead to the

28  discovery of relevant and/or admissible evidence, is overly broad, vague and ambiguous, is

McNAMARA, NEY, BEATTY, SLATTERY, BORGES & AMBACHER LLP
ATTORNEYS AT LAW
1211 NEWELL AVENUE, WALNUT CREEK, CA 94596
TELEPHONE: (925) 939-5330

McNAMARA, NEY, BEATTY, SLATTERY, BORGES & AMBACHER LLP
ATTORNEYS AT LAW
1211 NEWELL AVENUE, WALNUT CREEK, CA 94596
TELEPHONE: (925) 939-5330

1   entirely compound, is unduly burdensome and oppressive, is overbroad as to time and scope,

2   seeks records not in the possession of these Antioch Defendants, seeks documents which may be

3   privileged and/or confidential and/or may implicate the fundamental rights to privacy of persons

4   under the U.S. and California constitutions. Without waiving the foregoing objections, Defendant

5   responds as follows: Defendant will produce relevant, non-privileged documents that have been

6   located in its possession, that may be responsive to this request.

7   **REQUEST FOR PRODUCTION NO. 7:**

8       Any and all reports, recordings, e-mails, photographs, audio and video recordings, or

9   memos drafted pertaining to the raid at 701 Thompsons Dr., Brentwood, CA, which began on or

10   around or between 6/28/07 through 12/31/09, by any law enforcement agency including APD

11   Internal Affairs Bureau investigation reports, investigation reports by the Contra Costa County

12   District Attorney's Office, San Ramon PD, Bureau of Narcotics Enforcement reports, or reports

13   by any special agent of the Federal Bureau of Investigation regarding independent investigation

14   of the raid on 701 Thompsons Dr., Brentwood, Ca., 94513, beginning on or around or between

15   6/28/07 through 12/31/09.

16   **RESPONSE TO REQUEST FOR PRODUCTION NO. 7:**

17       Defendant objects to this request insofar as the request is not calculated to lead to the

18   discovery of relevant and/or admissible evidence, is overly broad, vague and ambiguous, is

19   entirely compound, is unduly burdensome and oppressive, is overbroad as to time and scope,

20   seeks records not in the possession of these Antioch Defendants, seeks documents which may be

21   privileged and/or confidential and/or may implicate the fundamental rights to privacy of persons

22   under the U.S. and California constitutions. Without waiving the foregoing objections, Defendant

23   responds as follows: Defendant will produce relevant, non-privileged documents that have been

24   located in its possession, that may be responsive to this request.

25   **REQUEST FOR PRODUCTION NO. 8:**

26       Any and all documents memorializing any and all verbal or written complaints by Ms.

27   Jennifer Curtis about the seizure of a wrist watch, currency, or any other property from her home

28   on 701 Thompsons Dr., Brentwood CA, made to the Antioch PD, Brentwood PD; San Ramon

1   PD, or CCCNET beginning on or around or between 6/28/07 through 12/31/09, including reports,

2   e mails, audio and video recordings, CAD logs, any memoranda or phone logs or front counter

3   logs memorializing contacts about complaints between Jennifer Lynn Curtis and Antioch PD, San

4   Ramon PD, or CCCNET including, photographs, and radio communications.

5       **RESPONSE TO REQUEST FOR PRODUCTION NO. 8:**

6       Defendant objects to this request insofar as the request is not calculated to lead to the

7   discovery of relevant and/or admissible evidence, is overly broad, vague and ambiguous, is

8   entirely compound, is unduly burdensome and oppressive, is overbroad as to time and scope,

9   seeks records not in the possession of these Antioch Defendants, seeks documents which may be

10  privileged and/or confidential and/or may implicate the fundamental rights to privacy of persons

11  under the U.S. and California constitutions.  Without waiving the foregoing objections, Defendant

12  responds as follows: Defendant will produce relevant, non-privileged documents that have been

13  located in its possession, that may be responsive to this request.

14      **REQUEST FOR PRODUCTION NO. 9:**

15      Any documents pertaining to Ms. Curtis's complaints of any law enforcement raid on her

16  home at 701 Thompsons Dr., Brentwood CA, beginning on or around or between 6/28/07 through

17  12/31/09, including investigation reports, or arrest reports of any suspect related to the theft of the

18  watch, audio or video recordings, e-mails, affidavits for search warrants, search warrants, returns

19  to search warrants, lists of property and currency seized, asset forfeiture documents, CAD logs,

20  and recorded radio communications.

21      **RESPONSE TO REQUEST FOR PRODUCTION NO. 9:**

22      Defendant objects to this request insofar as the request is not calculated to lead to the

23  discovery of relevant and/or admissible evidence, is overly broad, vague and ambiguous, is

24  entirely compound, is unduly burdensome and oppressive, is overbroad as to time and scope,

25  seeks records not in the possession of these Antioch Defendants, seeks documents which may be

26  privileged and/or confidential and/or may implicate the fundamental rights to privacy of persons

27  under the U.S. and California constitutions.  Without waiving the foregoing objections, Defendant

28  responds as follows: Defendant will produce relevant, non-privileged documents that have been

McNAMARA, NEY, BEATTY, SLATTERY, BORGES & AMBACHER LLP
ATTORNEYS AT LAW
1211 NEWELL AVENUE, WALNUT CREEK, CA 94596
TELEPHONE: (925) 939-5310

McNAMARA, NEY, BEATTY, SLATTERY, BORGES & AMBACHER LLP
ATTORNEYS AT LAW
1211 NEWELL AVENUE, WALNUT CREEK, CA 94596
TELEPHONE: (925) 939-5330

1  located in its possession, that may be responsive to this request.

2  **REQUEST FOR PRODUCTION NO. 10:**

3      Any and all documents pertaining to any verbal or written complaints by Ms. Jennifer

4  Curtis to the Antioch PD, or San Ramon PD regarding Ms. Curtis's complaint of the search of her

5  home and the seizure of a wrist watch, currency, or any other property from her home at 701

6  Thompsons Dr., Brentwood CA, beginning on or around or between 6/28/07 through 12/31/09,

7  including informational reports, audio and video recordings, e mails, photographs, or memos

8  drafted by any law enforcement agency in the possession of APD including APD Internal Affairs

9  Bureau investigation reports, investigation reports by the Contra Costa County District Attorney's

10  Office, San Ramon PD, Bureau of Narcotics Enforcement reports, or reports by any special agent

11  of the Federal Bureau of Investigation.

12      **RESPONSE TO REQUEST FOR PRODUCTION NO. 10:**

13      Defendant objects to this request insofar as the request is not calculated to lead to the

14  discovery of relevant and/or admissible evidence, is overly broad, vague and ambiguous, is

15  entirely compound, is unduly burdensome and oppressive, is overbroad as to time and scope,

16  seeks records not in the possession of these Antioch Defendants, seeks documents which may be

17  privileged and/or confidential and/or may implicate the fundamental rights to privacy of persons

18  under the U.S. and California constitutions.  Without waiving the foregoing objections, Defendant

19  responds as follows: Defendant will produce relevant, non-privileged documents that have been

20  located in its possession, that may be responsive to this request.

21      **REQUEST FOR PRODUCTION NO. 11:**

22      Any and all documents constituting referring and related to the visit to the San Ramon

23  Police Department by Jennifer Curtis beginning on a date unknown or on or about May 25, 2011

24  to identify any wrist watch in the possession of APD referring to any report by San Ramon PD

25  including reports drafted by SRPD officers Gary Goldberg #32, or Jason Barnes #23 or any other

26  member or agent of San Ramon PD.

27      **RESPONSE TO REQUEST FOR PRODUCTION NO. 11:**

28      Defendant objects to this request insofar as the request is not calculated to lead to the

1   discovery of relevant and/or admissible evidence, is overly broad, vague and ambiguous, is

2   entirely compound, is unduly burdensome and oppressive, is overbroad as to time and scope,

3   seeks records not in the possession of these Antioch Defendants, seeks documents which may be

4   privileged and/or confidential and/or may implicate the fundamental rights to privacy of persons

5   under the U.S. and California constitutions.  Without waiving the foregoing objections, Defendant

6   responds as follows: Defendant is not in possession of any documents that may be responsive to

7   this request.

8   **REQUEST FOR PRODUCTION NO. 12:**

9        Any other documents regarding any investigation into the seizure of any wrist watch from

10  Ms. Curtis, beginning 6/28/07 through 12/31/09, constituting, referring, and related to Norm

11  Wielsch, Louis Lombardi, Chris Butler, Michael McGary, Joshua Vincelet, Steven Bergerhouse,

12  Ronald Krenz, Danielle Joannides, Stephanie Chalk, Leonard Orman, Michael Mortimer, Steven

13  Aiello, James Wisecarver Jr., or any other state, local, or Federal Investigation agent or officer

14  investigating or interviewing any Antioch PD agent or officer pertaining to Ms. Curtis' complaint

15  about a wrist watch, including reports generated by any state, federal or local agent, including

16  investigation or arrest reports, recordings, e-mails, photographs, audio and video recordings,

17  search warrants, returns to search warrants, lists of property and currency seized, asset forfeiture

18  documents, CAD logs, recorded radio communications, and internal and external evidence chain

19  of custody documents seized.

20  **RESPONSE TO REQUEST FOR PRODUCTION NO. 12:**

21       Defendant objects to this request insofar as the request is not calculated to lead to the

22  discovery of relevant and/or admissible evidence, is overly broad, vague and ambiguous, is

23  entirely compound, is unduly burdensome and oppressive, is overbroad as to time and scope,

24  seeks records not in the possession of these Antioch Defendants, seeks documents which may be

25  privileged and/or confidential and/or may implicate the fundamental rights to privacy of persons

26  under the U.S. and California constitutions.  Without waiving the foregoing objections, Defendant

27  responds as follows: Defendant is not in possession of any documents that may be responsive to

28  this request.

McNAMARA, NEY, BEATTY, SLATTERY, BORGES & AMBACHER LLP
ATTORNEYS AT LAW
1211 NEWELL AVENUE, WALNUT CREEK, CA 94596
TELEPHONE: (925) 939-5330

DEFENDANT CITY OF ANTIOCH'S                    10
RESPONSES TO PLAINTIFF'S FIRST REQUEST
FOR PRODUCTION OF DOCUMENTS

McNAMARA, NEY, BEATTY, SLATTERY, BORGES & AMBACHER LLP
ATTORNEYS AT LAW
1211 NEWELL AVENUE, WALNUT CREEK, CA 94596
TELEPHONE: (925) 939-5330

**REQUEST FOR PRODUCTION NO. 13:**

Any and all documents including investigation or arrest reports, recordings, e-mails, photographs, video, search warrants, returns to search warrants, lists of property and currency stolen, asset, CAD logs, photographs, and recorded radio communications pertaining and related to the burglary of the home of Detective Michael Mortimer beginning on a date unknown or on or about 2011.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 13:**

Defendant objects to this request insofar as the request is not calculated to lead to the discovery of relevant and/or admissible evidence, is overly broad, vague and ambiguous, is entirely compound, is unduly burdensome and oppressive, is overbroad as to time and scope, seeks records not in the possession of these Antioch Defendants, seeks documents which may be privileged and/or confidential and/or may implicate the fundamental rights to privacy of persons under the U.S. and California constitutions. Without waiving the foregoing objections, Defendant responds as follows: Defendant is not in possession of any documents that may be responsive to this request.

**REQUEST FOR PRODUCTION NO. 14:**

Any and all documents in the possession of APD pertaining and related to any detentions, consensual encounters, or search of the home of and seizure any property where a large amount of currency was taken from the home of James E. Cooper, DOB, 12-07-69, located on 233 Gleason Ave, Vallejo CA 94590 and any other residences he is associated with including but not limited to his wife's residence beginning on a date unknown or on or about or between 12/01/07 to 12/31/08, (see CCCSO case report #07-31103)   including investigation or arrest reports, recordings, e-mails, photographs, video, affidavits in support of search warrants, search warrants, returns to search warrants, application for destruction orders, destruction orders, lists of property and currency seized, asset forfeiture documents, and internal and external evidence chain of custody documents of property seized, drafted by any law enforcement agency in the possession of APD, including Internal Affairs Bureau investigation reports, investigation reports by the Contra Costa County District Attorney's Office, Bureau of Narcotics Enforcement reports, or

1   reports by any special agent of the Federal Bureau of Investigation, as well as CAD logs, and

2   recorded radio communications.

3   **RESPONSE TO REQUEST FOR REQUEST FOR PRODUCTION NO. 14:**

4   Defendant objects to this request insofar as the request is not calculated to lead to the

5   discovery of relevant and/or admissible evidence, is overly broad, vague and ambiguous, is

6   entirely compound, is unduly burdensome and oppressive, is overbroad as to time and scope,

7   seeks records not in the possession of these Antioch Defendants, seeks documents which may be

8   privileged and/or confidential and/or may implicate the fundamental rights to privacy of persons

9   under the U.S. and California constitutions, seeks records of an individual that is not a party in

10  this action, and, in addition, discovery pertaining to any *Monell* type claim against the City of

11  Antioch has been ordered deferred by the Court.

12  **REQUEST FOR PRODUCTION NO. 15:**

13  Any and all documents pertaining and related to any detentions, consensual encounters ,

14  or search and seizure of Justin Reis, at 409 Elberta Ct., Brentwood, Ca., 94513 and his home

15  beginning on a date unknown or May 2008, including investigation or arrest reports, recordings, e

16  mails, photographs, video, affidavits for search warrants, search warrants, returns to search

17  warrants, lists of property and currency seized, application for destruction orders, destruction

18  orders, asset forfeiture documents, and internal and external evidence chain of custody documents

19  of property seized, drafted by any law enforcement agency in the possession of APD, including

20  Internal Affairs Bureau investigation reports, investigation reports by the Contra Costa County

21  District Attorney's Office, Bureau of Narcotics Enforcement reports, or reports by any special

22  agent of the Federal Bureau of Investigation, as well as CAD logs, and recorded radio

23  communications.

24  **RESPONSE TO REQUEST FOR PRODUCTION NO. 15:**

25  Defendant objects to this request insofar as the request is not calculated to lead to the

26  discovery of relevant and/or admissible evidence, is overly broad, vague and ambiguous, is

27  entirely compound, is unduly burdensome and oppressive, is overbroad as to time and scope,

28  seeks records not in the possession of these Antioch Defendants, seeks documents which may be

McNAMARA, NEY, BEATTY, SLATTERY, BORGES & AMBACHER LLP
ATTORNEYS AT LAW
1211 NEWELL AVENUE, WALNUT CREEK, CA 94596
TELEPHONE: (925) 939-5330

1 privileged and/or confidential and/or may implicate the fundamental rights to privacy of persons

2 under the U.S. and California constitutions, seeks records of an individual that is not a party in

3 this action, and, in addition, discovery pertaining to any *Monell* type claim against the City of

4 Antioch has been ordered deferred by the Court.

5 **REQUEST FOR PRODUCTION NO. 16**:

6       Any and all documents pertaining and related to any detentions, consensual encounters, or

7 search and seizure of Charles "Chucky" Michael Ortega DOB, 1-23-86, and Angelita Baldazo-

8 Ortega, DOB, 10-17-88 at 2201 Sycamore Dr. #16, Antioch, Ca., 94509 and their home

9 beginning on or around 1/14/10 (See Search Warrant #M10-023) including investigation or arrest

10 reports, , as well as CAD logs, recorded radio communications, recordings, e mails, photographs,

11 video, search warrants, returns to search warrants, lists of property and currency seized,

12 application for destruction orders, destruction orders, and internal and external evidence chain of

13 custody documents of property seized, asset forfeiture documents, (see CCSC #N10-0307)

14 drafted by any law enforcement agency in the possession of APD, including Internal Affairs

15 Bureau investigation reports, investigation reports by the Contra Costa County District Attorney's

16 Office, Bureau of Narcotics Enforcement reports, or reports by any special agent of the Federal

17 Bureau of Investigation.

18 **RESPONSE TO REQUEST FOR PRODUCTION NO. 16**:

19       Defendant objects to this request insofar as the request is not calculated to lead to the

20 discovery of relevant and/or admissible evidence, is overly broad, vague and ambiguous, is

21 entirely compound, is unduly burdensome and oppressive, is overbroad as to time and scope,

22 seeks records not in the possession of these Antioch Defendants, seeks documents which may be

23 privileged and/or confidential and/or may implicate the fundamental rights to privacy of persons

24 under the U.S. and California constitutions, seeks records of an individual that is not a party in

25 this action, and, in addition, discovery pertaining to any *Monell* type claim against the City of

26 Antioch has been ordered deferred by the Court.

27 **REQUEST FOR PRODUCTION NO. 17**:

28       Any and all documents pertaining and related to any detentions, consensual encounters, or

McNAMARA, NEY, BEATTY, SLATTERY, BORGES & AMBACHER LLP
ATTORNEYS AT LAW
1211 NEWELL AVENUE, WALNUT CREEK, CA 94596
TELEPHONE: (925) 939-5330

McNAMARA, NEY, BEATTY, SLATTERY, BORGES & AMBACHER LLP
ATTORNEYS AT LAW
1211 NEWELL AVENUE, WALNUT CREEK, CA 94596
TELEPHONE: (925) 939-5330

1  search and seizure of Paul R. Quintana beginning on a date unknown or on or around 1/14/10,

2  including investigation or arrest reports, recordings, e mails, photographs, video, search warrants,

3  returns to search warrants, lists of property and currency seized, application for destruction orders

4  ,destruction orders, asset forfeiture documents, and internal and external evidence chain of

5  custody documents of property seized drafted by any law enforcement agency in the possession

6  of APD, including Internal Affairs Bureau investigation reports, investigation reports by the

7  Contra Costa County District Attorney's Office, Bureau of Narcotics Enforcement reports, or

8  reports by any special agent of the Federal Bureau of Investigation, as well as CAD logs, and

9  recorded radio communications.

10  **RESPONSE TO REQUEST FOR PRODUCTION NO. 17:**

11      Defendant objects to this request insofar as the request is not calculated to lead to the

12  discovery of relevant and/or admissible evidence, is overly broad, vague and ambiguous, is

13  entirely compound, is unduly burdensome and oppressive, is overbroad as to time and scope,

14  seeks records not in the possession of these Antioch Defendants, seeks documents which may be

15  privileged and/or confidential and/or may implicate the fundamental rights to privacy of persons

16  under the U.S. and California constitutions, seeks records of an individual that is not a party in

17  this action, and, in addition, discovery pertaining to any _Monell_ type claim against the City of

18  Antioch has been ordered deferred by the Court.

19  **REQUEST FOR PRODUCTION NO. 18:**

20      Any and all documents pertaining and related to any detentions, consensual encounters, or

21  search and seizure of Sergio Ortega Jr, and Renee Beth Earle's home at 286 Pebble Beach Dr.,

22  Brentwood, CA and their home beginning on a date unknown or on or about or between 1/1/08

23  through 12/31/08, including CAD logs, and recorded radio communications, investigation or

24  arrest reports, recordings, e mails, photographs, video, search warrants, returns to search warrants,

25  lists of property and currency seized, application for destruction orders, destruction orders, asset

26  forfeiture documents, and internal and external evidence chain of custody documents of property

27  seized, drafted by Antioch Police Department, or any law enforcement agency in the possession

28  of APD, including Internal Affairs Bureau investigation reports, investigation reports by the

DEFENDANT CITY OF ANTIOCH'S 14
RESPONSES TO PLAINTIFF'S FIRST REQUEST
FOR PRODUCTION OF DOCUMENTS

1   Contra Costa County District Attorney's Office, Bureau of Narcotics Enforcement reports, or

2   reports by any special agent of the Federal Bureau of Investigation, Federal Drug Enforcement

3   Administration.

4   **RESPONSE TO REQUEST FOR PRODUCTION NO. 18:**

5   Defendant objects to this request insofar as the request is not calculated to lead to the

6   discovery of relevant and/or admissible evidence, is overly broad, vague and ambiguous, is

7   entirely compound, is unduly burdensome and oppressive, is overbroad as to time and scope,

8   seeks records not in the possession of these Antioch Defendants, seeks documents which may be

9   privileged and/or confidential and/or may implicate the fundamental rights to privacy of persons

10  under the U.S. and California constitutions, seeks records of an individual that is not a party in

11  this action, and, in addition, discovery pertaining to any *Monell* type claim against the City of

12  Antioch has been ordered deferred by the Court.

13  **REQUEST FOR PRODUCTION NO. 19:**

14  Any and all documents pertaining and related to any detentions, consensual encounters, or

15  search and seizure of either Michelle Iniguez and/or Gabriel Iniguez, and their home on 57

16  Chelsea Wy, Pittsburg, CA beginning on a date unknown or on or about or between 1/1/08

17  through 12/31/08, including CAD logs, and recorded radio communications, investigation or

18  arrest reports, recordings, e-mails, photographs, video, search warrants, returns to search

19  warrants, lists of property and currency seized, application for destruction order, destruction

20  orders, asset forfeiture documents, and internal and external evidence chain of custody documents

21  seized, drafted by Antioch Police Department, or any law enforcement agency in the possession

22  of APD, including Internal Affairs Bureau investigation reports, investigation reports by the

23  Contra Costa County District Attorney's Office, Bureau of Narcotics Enforcement reports, or

24  reports by any special agent of the Federal Bureau of Investigation, Federal Drug Enforcement

25  Administration.

26  **RESPONSE TO REQUEST FOR PRODUCTION NO. 19:**

27  Defendant objects to this request insofar as the request is not calculated to lead to the

28  discovery of relevant and/or admissible evidence, is overly broad, vague and ambiguous, is

McNAMARA, NEY, BEATTY, SLATTERY, BORGES & AMBACHER LLP
ATTORNEYS AT LAW
1211 NEWELL AVENUE, WALNUT CREEK, CA 94596
TELEPHONE: (925) 939-5330

McNAMARA, NEY, BEATTY, SLATTERY, BORGES & AMBACHER LLP
ATTORNEYS AT LAW
1211 NEWELL AVENUE, WALNUT CREEK, CA 94596
TELEPHONE: (925) 939-5330

1  entirely compound, is unduly burdensome and oppressive, is overbroad as to time and scope,

2  seeks records not in the possession of these Antioch Defendants, seeks documents which may be

3  privileged and/or confidential and/or may implicate the fundamental rights to privacy of persons

4  under the U.S. and California constitutions, seeks records of an individual that is not a party in

5  this action, and, in addition, discovery pertaining to any *Monell* type claim against the City of

6  Antioch has been ordered deferred by the Court.

7  **REQUEST FOR PRODUCTION NO. 20:**

8      Any and all documents pertaining and related to any detentions, consensual encounters, or

9  search and seizure of Sergio Ortega Jr, and Renee Beth Earle, their home on 286 Pebble Beach

10  Dr., Brentwood, CA and the Broken Wheel Cocktail Lounge, 5620 Main Street, Oakley, CA ,

11  beginning on or about or between 1/1/08 through 12/31/08, including investigation or arrest

12  reports, recordings, e mails, photographs, video, search warrants, returns to search warrants, lists

13  of property and currency seized, application for destruction orders, destruction orders, asset

14  forfeiture documents, internal and external evidence chain of custody documents of property

15  seized, drafted by Antioch Police Department, or any law enforcement agency in the possession

16  of APD, including Internal Affairs Bureau investigation reports, investigation reports by the

17  Contra Costa County District Attorney's Office, Bureau of Narcotics Enforcement reports, or

18  reports by any special agent of the Federal Bureau of Investigation, Federal Drug Enforcement

19  Administration, as well as CAD logs, and recorded radio communications.

20  **RESPONSE TO REQUEST FOR PRODUCTION NO. 20:**

21      Defendant objects to this request insofar as the request is not calculated to lead to the

22  discovery of relevant and/or admissible evidence, is overly broad, vague and ambiguous, is

23  entirely compound, is unduly burdensome and oppressive, is overbroad as to time and scope,

24  seeks records not in the possession of these Antioch Defendants, seeks documents which may be

25  privileged and/or confidential and/or may implicate the fundamental rights to privacy of persons

26  under the U.S. and California constitutions, seeks records of an individual that is not a party in

27  this action, and, in addition, discovery pertaining to any *Monell* type claim against the City of

28  Antioch has been ordered deferred by the Court.

McNAMARA, NEY, BEATTY, SLATTERY, BORGES & AMBACHER LLP
ATTORNEYS AT LAW
1211 NEWELL AVENUE, WALNUT CREEK, CA 94596
TELEPHONE: (925) 939-5330

1   <u>**REQUEST FOR PRODUCTION NO. 21:**</u>

2    Any and all documents pertaining and related to any detentions, consensual encounters, or

3   search and seizure of Lewis "Randy" Decker, DOB, 3-15-54, beginning on a date unknown or on

4   or about or between 3/1/10 and 7/1/10 including CAD logs; and recorded radio communications,

5   investigation or arrest reports, recordings, e mails, photographs, video, search warrants, returns to

6   search warrants, lists of property and currency seized, application for destruction orders,

7   destruction orders, asset forfeiture documents, and internal and external evidence chain of

8   custody documents seized, drafted by Antioch Police Department, or any law enforcement agency

9   in the possession of APD, including Internal Affairs Bureau investigation reports, investigation

10  reports by the Contra Costa County District Attorney's Office, Bureau of Narcotics Enforcement

11  reports, or reports by any special agent of the Federal Bureau of Investigation, Federal Drug

12  Enforcement Administration.

13   <u>**RESPONSE TO REQUEST FOR PRODUCTION NO. 21:**</u>

14   Defendant objects to this request insofar as the request is not calculated to lead to the

15  discovery of relevant and/or admissible evidence, is overly broad, vague and ambiguous, is

16  entirely compound, is unduly burdensome and oppressive, is overbroad as to time and scope,

17  seeks records not in the possession of these Antioch Defendants, seeks documents which may be

18  privileged and/or confidential and/or may implicate the fundamental rights to privacy of persons

19  under the U.S. and California constitutions, seeks records of an individual that is not a party in

20  this action, and, in addition, discovery pertaining to any *Monell* type claim against the City of

21  Antioch has been ordered deferred by the Court.

22   <u>**REQUEST FOR PRODUCTION NO. 22:**</u>

23   Any and all documents pertaining and related to any detentions, consensual encounters, or

24  search and seizure of the home of Michael B. Stout (aka - "Tahoe Mike"), DOB, 5-9-80, at 3828

25  Killdeer Dr., Antioch, Ca. beginning on a date on or about or between 5/1/06 through 1/1/09, see

26  CCC Superior Court search warrant #P07-220 signed by the court on August 9, 2007, including

27  CAD logs, and recorded radio communications, investigation or arrest reports, recordings, e

28  mails, photographs, video, search warrants, returns to search warrants, lists of property and

DEFENDANT CITY OF ANTIOCH'S   17
RESPONSES TO PLAINTIFF'S FIRST REQUEST
FOR PRODUCTION OF DOCUMENTS

McNAMARA, NEY, BEATTY, SLATTERY, BORGES & AMBACHER LLP
ATTORNEYS AT LAW
1211 NEWELL AVENUE, WALNUT CREEK, CA 94596
TELEPHONE: (925) 939-5330

1   currency seized, application for destruction orders, destruction orders, asset forfeiture documents,

2   and internal and external evidence chain of custody documents of property seized, drafted by

3   Antioch Police Department, or any law enforcement agency in the possession of APD, including

4   Internal Affairs Bureau investigation reports, investigation reports by the Contra Costa County

5   District Attorney's Office, Bureau of Narcotics Enforcement reports, or reports by any special

6   agent of the Federal Bureau of Investigation, or Federal Drug Enforcement Administration.

7        **RESPONSE TO REQUEST FOR PRODUCTION NO. 22:**

8        Defendant objects to this request insofar as the request is not calculated to lead to the

9   discovery of relevant and/or admissible evidence, is overly broad, vague and ambiguous, is

10  entirely compound, is unduly burdensome and oppressive, is overbroad as to time and scope,

11  seeks records not in the possession of these Antioch Defendants, seeks documents which may be

12  privileged and/or confidential and/or may implicate the fundamental rights to privacy of persons

13  under the U.S. and California constitutions, seeks records of an individual that is not a party in

14  this action, and, in addition, discovery pertaining to any *Monell* type claim against the City of

15  Antioch has been ordered deferred by the Court.

16       **REQUEST FOR PRODUCTION NO. 23:**

17       Any and all documents pertaining to consensual encounters, arrests, or search and seizures

18  of Anthony Denner, DOB 5/6/79, or search and seizure of the business known as the "Fashion

19  Statement" 401 Sunset Drive Ste. 401 E, Antioch, Ca. owned and/or operated by Anthony

20  Denner, beginning on a date unknown or on or about or between 1/1/09 through 12/31/13,

21  including CAD logs, and recorded radio communications, investigation or arrest reports,

22  recordings, e mails, photographs, video, search warrants, returns to search warrants, lists of

23  property and currency seized, application for destruction order, destruction orders, asset forfeiture

24  documents, and internal and external evidence chain of custody documents of property seized,

25  drafted by Antioch Police Department, or any law enforcement agency in the possession of the

26  Antioch PD, including Internal Affairs Bureau investigation reports, investigation reports by the

27  Contra Costa County District Attorney's Office, Bureau of Narcotics Enforcement reports, or

28  reports by any special agent of the Federal Bureau of Investigation, or Federal Drug Enforcement

DEFENDANT CITY OF ANTIOCH'S                          18
RESPONSES TO PLAINTIFF'S FIRST REQUEST
FOR PRODUCTION OF DOCUMENTS

1  Administration.

2  **RESPONSE TO REQUEST FOR PRODUCTION NO. 23:**

3  Defendant objects to this request insofar as the request is not calculated to lead to the

4  discovery of relevant and/or admissible evidence, is overly broad, vague and ambiguous, is

5  entirely compound, is unduly burdensome and oppressive, is overbroad as to time and scope,

6  seeks records not in the possession of these Antioch Defendants, seeks documents which may be

7  privileged and/or confidential and/or may implicate the fundamental rights to privacy of persons

8  under the U.S. and California constitutions.  Without waiving the foregoing objections, Defendant

9  responds as follows: Defendant will produce relevant, non-privileged documents that have been

10  located in its possession, that may be responsive to this request.

11  **REQUEST FOR PRODUCTION NO. 24:**

12  Any and all documents or search and seizure of the home of Anthony Denner, DOB

13  5/6/79 by any officer or agent of APD, beginning on a date unknown or on or about or between

14  1/1/09 and 12/31/13,  including CAD logs, and recorded radio communications,  investigation or

15  arrest reports, recordings, e mails, photographs, video, search warrants, returns to search warrants,

16  lists of property and currency seized, application for destruction order, destruction orders, asset

17  forfeiture documents, and internal and external chain of custody documents of property seized,

18  drafted by Antioch Police Department, or any law enforcement agency in the possession of APD,

19  including Internal Affairs Bureau investigation reports, investigation reports by the Contra Costa

20  County District Attorney's Office, Bureau of Narcotics Enforcement reports, or reports by any

21  special agent of the Federal Bureau of Investigation, Federal Drug Enforcement Administration.

22  **RESPONSE TO REQUEST FOR PRODUCTION NO. 24:**

23  Defendant objects to this request insofar as the request is not calculated to lead to the

24  discovery of relevant and/or admissible evidence, is overly broad, vague and ambiguous, is

25  entirely compound, is unduly burdensome and oppressive, is overbroad as to time and scope,

26  seeks records not in the possession of these Antioch Defendants, seeks documents which may be

27  privileged and/or confidential and/or may implicate the fundamental rights to privacy of persons

28  under the U.S. and California constitutions.  Without waiving the foregoing objections, Defendant

DEFENDANT CITY OF ANTIOCH'S                          19
RESPONSES TO PLAINTIFF'S FIRST REQUEST
FOR PRODUCTION OF DOCUMENTS

McNAMARA, NEY, BEATTY, SLATTERY, BORGES & AMBACHER LLP
ATTORNEYS AT LAW
1211 NEWELL AVENUE, WALNUT CREEK, CA 94596
TELEPHONE: (925) 939-5310

McNAMARA, NEY, BEATTY, SLATTERY, BORGES & AMBACHER LLP
ATTORNEYS AT LAW
1211 NEWELL AVENUE, WALNUT CREEK, CA 94596
TELEPHONE: (925) 939-5330

1   responds as follows: Defendant will produce relevant, non-privileged documents that have been

2   located in its possession, that may be responsive to this request.

3   **REQUEST FOR PRODUCTION NO. 25:**

4   Any and all documents pertaining and related to any detentions, consensual encounters, or

5   search and seizure Sean Adolfo O'Toole, DOB 12/21/74 and Kelly Barbara O'Toole, DOB

6   1/13/75, their business Known as the "Grow it Yourself" located on 401 Sunset Drive Ste. 401 F,

7   Antioch, Ca., and any "Grow it Yourself" employees, beginning on or about 10/14/09 including

8   CAD logs, and recorded radio communications, investigation or arrest reports, computer analysis

9   of computers authored by Officer Stanton or any other individual examining any computers

10  seized from Grow it Yourself, recordings, e mails, copies of computer hard drives seized,

11  photographs, video, search warrants, returns to search warrants, lists of property and currency

12  seized, application for destruction orders ,destruction orders, asset forfeiture documents, and

13  internal and external chain of custody documents of property seized, drafted by Antioch Police

14  Department, or any law enforcement agency in the possession of APD, including Internal Affairs

15  Bureau investigation reports, investigation reports by the Contra Costa County District Attorney's

16  Office, Bureau of Narcotics Enforcement reports, or reports by any special agent of the Federal

17  Bureau of Investigation, and Federal Drug Enforcement Administration.

18  **RESPONSE TO REQUEST FOR PRODUCTION NO. 25:**

19  Defendant objects to this request insofar as the request is not calculated to lead to the

20  discovery of relevant and/or admissible evidence, is overly broad, vague and ambiguous, is

21  entirely compound, is unduly burdensome and oppressive, is overbroad as to time and scope,

22  seeks records not in the possession of these Antioch Defendants, seeks documents which may be

23  privileged and/or confidential and/or may implicate the fundamental rights to privacy of persons

24  under the U.S. and California constitutions. Without waiving the foregoing objections, Defendant

25  responds as follows: Defendant will produce relevant, non-privileged documents that have been

26  located in its possession, that may be responsive to this request.

27  **REQUEST FOR PRODUCTION NO. 26:**    *Lee interview*

28  Any and all documents pertaining to the search and seizure of Steven Daniel Lee's

DEFENDANT CITY OF ANTIOCH'S                          20
RESPONSES TO PLAINTIFF'S FIRST REQUEST
FOR PRODUCTION OF DOCUMENTS

McNAMARA, NEY, BEATTY, SLATTERY, BORGES & AMBACHER LLP
ATTORNEYS AT LAW
1211 NEWELL AVENUE, WALNUT CREEK, CA 94596
TELEPHONE: (925) 939-5330

1   property and his arrest at 401 Sunset Drive Ste. F, Antioch, Ca. beginning on a date unknown or

2   on or about or between 10/14/09, including CAD logs, and recorded radio communications,

3   investigation or arrest reports, recordings, e mails, photographs, video, search warrants, returns to

4   search warrants, application for destruction order, destruction orders, lists of property and

5   currency seized, asset forfeiture documents, and internal and external evidence chain of custody

6   documents of property seized, documents pertaining to charging decisions of Mr. Lee drafted by

7   Antioch Police Department, or any law enforcement agency in the possession of APD, including

8   Internal Affairs Bureau investigation reports, investigation reports or charging decision

9   documents by the Contra Costa County District Attorney's Office, Bureau of Narcotics

10   Enforcement reports, or reports by any special agent of the Federal Bureau of Investigation, and

11   Federal Drug Enforcement Administration.

12   **RESPONSE TO REQUEST FOR PRODUCTION NO. 26:**

13       Defendant objects to this request insofar as the request is not calculated to lead to the

14   discovery of relevant and/or admissible evidence, is overly broad, vague and ambiguous, is

15   entirely compound, is unduly burdensome and oppressive, is overbroad as to time and scope,

16   seeks records not in the possession of these Antioch Defendants, seeks documents which may be

17   privileged and/or confidential and/or may implicate the fundamental rights to privacy of persons

18   under the U.S. and California constitutions. Without waiving the foregoing objections, Defendant

19   responds as follows: Defendant will produce relevant, non-privileged documents that have been

20   located in its possession, that may be responsive to this request.

21   **REQUEST FOR PRODUCTION NO. 27:**   *Lee interview*

22       Any and all documents pertaining and related to any detentions, consensual encounters,

23   and search and seizure of Daniel Leal at 401 Sunset Drive Ste. F, Antioch, Ca. beginning on a

24   date unknown or on or about or between 10/14/09 including CAD logs, and recorded radio

25   communications, investigation or arrest reports, recordings, e mails, photographs, video, search

26   warrants, returns to search warrants, lists of property and currency seized, application for

27   destruction orders, destruction orders, asset forfeiture documents, and internal and external

28   evidence chain of custody documents of property seized, drafted by Antioch Police Department,

DEFENDANT CITY OF ANTIOCH'S                                    21
RESPONSES TO PLAINTIFF'S FIRST REQUEST
FOR PRODUCTION OF DOCUMENTS

McNAMARA, NEY, BEATTY, SLATTERY, BORGES & AMBACHER LLP
ATTORNEYS AT LAW
1211 NEWELL AVENUE, WALNUT CREEK, CA 94596
TELEPHONE: (925) 939-5330

1  or any law enforcement agency in the possession of APD, including Internal Affairs Bureau

2  investigation reports, investigation reports by the Contra Costa County District Attorney's Office,

3  Bureau of Narcotics Enforcement reports, or reports by any special agent of the Federal Bureau of

4  Investigation, Federal Drug Enforcement Administration.

5  **RESPONSE TO REQUEST FOR PRODUCTION NO. 27:**

6  Defendant objects to this request insofar as the request is not calculated to lead to the

7  discovery of relevant and/or admissible evidence, is overly broad, vague and ambiguous, is

8  entirely compound, is unduly burdensome and oppressive, is overbroad as to time and scope,

9  seeks records not in the possession of these Antioch Defendants, seeks documents which may be

10  privileged and/or confidential and/or may implicate the fundamental rights to privacy of persons

11  under the U.S. and California constitutions, seeks records of an individual that is not a party in

12  this action, and, in addition, discovery pertaining to any *Monell* type claim against the City of

13  Antioch has been ordered deferred by the Court.  Without waiving the foregoing objections,

14  Defendant responds as follows: Defendant will produce relevant, non-privileged documents that

15  have been located in its possession, that may be responsive to this request regarding Mr. Leal's

16  contact with Antioch Police Department officers on October 14, 2009, at the Grow It Yourself

17  Gardens location.

18  **REQUEST FOR PRODUCTION NO. 28:**

19  Any and all documents pertaining and related to any detentions, consensual encounters,

20  and search and seizure of Jack Foster at 4162 Tulare Ct., Antioch, Ca. beginning on a date

21  unknown or on or about 1/5/10 including CAD logs, and recorded radio communications,

22  investigation or arrest reports, recordings, e-mails, photographs, video, search warrants, returns to

23  search warrants, lists of property and currency seized, application for destruction order,

24  destruction orders, asset forfeiture documents,  internal and external evidence chain of custody

25  documents of property seized, and charging decision documents, drafted by the Antioch Police

26  Department, or any law enforcement agency in the possession of APD, including Internal Affairs

27  Bureau investigation reports, investigation reports or charging decision documents, by the Contra

28  Costa County District Attorney's Office, Bureau of Narcotics Enforcement reports, or reports by

1    any special agent of the Federal Bureau of Investigation, Federal Drug Enforcement

2    Administration.

3    <u>**RESPONSE TO REQUEST FOR PRODUCTION NO. 28**</u>:

4       Defendant objects to this request insofar as the request is not calculated to lead to the

5    discovery of relevant and/or admissible evidence, is overly broad, vague and ambiguous, is

6    entirely compound, is unduly burdensome and oppressive, is overbroad as to time and scope,

7    seeks records not in the possession of these Antioch Defendants, seeks documents which may be

8    privileged and/or confidential and/or may implicate the fundamental rights to privacy of persons

9    under the U.S. and California constitutions. Without waiving the foregoing objections, Defendant

10    responds as follows: Defendant will produce relevant, non-privileged documents that have been

11    located in its possession, that may be responsive to this request.

12    <u>**REQUEST FOR PRODUCTION NO. 29**</u>:

13       Any and all documents constituting referring, and related to any detentions, consensual

14    encounters, or search and seizure of Ralph_Junior_Howard,_DOB,_ 12-5-41, at_2924_Pear_St.,

15    Antioch,_Ca.,_94509,_Mark_ A._Fernandez,_ DOB,_ 5-19-57,_at 2924 Pear_St.,_Antioch,_Ca.,

16    Stephanie_ Lynn_ Rangel DOB,_4-12-69,_at 2924_Pear_St., _Antioch,_Ca., 94509,_and

17    Deborah_L._ Tierney,_DOB,_4-22-53, at 2924_Pear_St., Antioch,_Ca., 94509 or the search of

18    the residence on 2924 Pear street Antioch, CA beginning on a date unknown or on or about or

19    between 1/1/10 through 12/31/10, including CAD logs, and recorded radio communications,

20    investigation or arrest reports, recordings, e mails, photographs, video, search warrants, returns to

21    search warrants, lists of property and currency seized, application for destruction order,

22    destruction orders, asset forfeiture documents, and internal and external evidence chain of

23    custody documents of property seized, drafted by Antioch Police Department, or any law

24    enforcement agency in the possession of APD, including Internal Affairs Bureau investigation

25    reports, investigation reports or charging decision documents, by the Contra Costa County

26    District Attorney's Office, Bureau of Narcotics Enforcement reports, or reports by any special

27    agent of the Federal Bureau of Investigation, or Federal Drug Enforcement Administration.

28    <u>**RESPONSE TO REQUEST FOR PRODUCTION NO. 29**</u>:

DEFENDANT CITY OF ANTIOCH'S        23
RESPONSES TO PLAINTIFF'S FIRST REQUEST
FOR PRODUCTION OF DOCUMENTS

McNAMARA, NEY, BEATTY, SLATTERY, BORGES & AMBACHER LLP
ATTORNEYS AT LAW
1211 NEWELL AVENUE, WALNUT CREEK, CA 94596
TELEPHONE: (925) 939-5330

McNAMARA, NEY, BEATTY, SLATTERY, BORGES & AMBACHER LLP
ATTORNEYS AT LAW
1211 NEWELL AVENUE, WALNUT CREEK, CA 94596
TELEPHONE: (925) 939-5330

1    Defendant objects to this request insofar as the request is not calculated to lead to the

2    discovery of relevant and/or admissible evidence, is overly broad, vague and ambiguous, is

3    entirely compound, is unduly burdensome and oppressive, is overbroad as to time and scope,

4    seeks records not in the possession of these Antioch Defendants, seeks documents which may be

5    privileged and/or confidential and/or may implicate the fundamental rights to privacy of persons

6    under the U.S. and California constitutions, seeks records of an individual that is not a party in

7    this action, and, in addition, discovery pertaining to any _Monell_ type claim against the City of

8    Antioch has been ordered deferred by the Court.

9    **REQUEST FOR PRODUCTION NO. 30:**

10   Any and all documents constituting, referring, and related to or any and all Antioch Police

11   Department responses, involvement, notification and communications regarding 2924_Pear_St.,

12   Antioch,_Ca., for any reason beginning on a date unknown or on or about or  between 1/1/05

13   through 12/31/13, including arrests, any detentions, consensual encounters, CAD logs, and

14   recorded radio communications, investigation or arrest reports, recordings, e mails, photographs,

15   video, search warrants, returns to search warrants, application for destruction orders, destruction

16   orders, lists of property and currency seized, asset forfeiture documents, and internal and external

17   evidence chain of custody documents of property seized, drafted by Antioch Police Department,

18   or any law enforcement agency, including Internal Affairs Bureau investigation reports,

19   investigation reports or charging decision documents, by the Contra Costa County District

20   Attorney's Office, Bureau of Narcotics Enforcement reports, or reports by any special agent of

21   the Federal Bureau of Investigation, or Federal Drug Enforcement Administration.

22   **RESPONSE TO REQUEST FOR PRODUCTION NO. 30:**

23   Defendant objects to this request insofar as the request is not calculated to lead to the

24   discovery of relevant and/or admissible evidence, is overly broad, vague and ambiguous, is

25   entirely compound, is unduly burdensome and oppressive, is overbroad as to time and scope,

26   seeks records not in the possession of these Antioch Defendants, seeks documents which may be

27   privileged and/or confidential and/or may implicate the fundamental rights to privacy of persons

28   under the U.S. and California constitutions, seeks records of an individual that is not a party in

McNAMARA, NEY, BEATTY, SLATTERY, BORGES & AMBACHER LLP
ATTORNEYS AT LAW
1211 NEWELL AVENUE, WALNUT CREEK, CA 94596
TELEPHONE: (925) 939-5530

1  this action, and, in addition, discovery pertaining to any *Monell* type claim against the City of

2  Antioch has been ordered deferred by the Court.

3  **REQUEST FOR PRODUCTION NO. 31:**

4      Any and all documents pertaining to any detentions, consensual encounters, arrest, search

5  or seizure of Art K. Carasis, DOB 12-17-54, and his home, at 1400 Noia Ave., Antioch, Ca.,

6  94509 beginning on a date unknown or on or about or between 1/1/05 through 12/31/13,

7  including CAD logs, and recorded radio communications, investigation or arrest reports,

8  recordings, e mails, photographs, video, search warrants, returns to search warrants, lists of

9  property and currency seized, application for destruction order, destruction orders, asset forfeiture

10  documents, and internal and external evidence chain of custody documents of property seized,

11  drafted by Antioch Police Department, or any law enforcement agency in the possession of APD,

12  including Internal Affairs Bureau investigation reports, investigation reports or charging decision

13  documents by the Contra Costa County District Attorney's Office, Bureau of Narcotics

14  Enforcement reports, or reports by any special agent of the Federal Bureau of Investigation, and

15  Federal Drug Enforcement Administration.

16  **RESPONSE TO REQUEST FOR PRODUCTION NO. 31:**

17      Defendant objects to this request insofar as the request is not calculated to lead to the

18  discovery of relevant and/or admissible evidence, is overly broad, vague and ambiguous, is

19  entirely compound, is unduly burdensome and oppressive, is overbroad as to time and scope,

20  seeks records not in the possession of these Antioch Defendants, seeks documents which may be

21  privileged and/or confidential and/or may implicate the fundamental rights to privacy of persons

22  under the U.S. and California constitutions, seeks records of an individual that is not a party in

23  this action, and, in addition, discovery pertaining to any *Monell* type claim against the City of

24  Antioch has been ordered deferred by the Court.

25  **REQUEST FOR PRODUCTION NO. 32:**

26      Any and all documents pertaining any detentions, consensual encounters, arrest, search or

27  seizure of Abraham Jesus Hurtado, DOB, 7-14-86, of and/or 95219, Kathy Montoya,

28  DOB, 10-17-88, at 2212 Banyon Way, Antioch, CA. on or about or between 1/1/10 through

McNAMARA, NEY, BEATTY, SLATTERY, BORGES & AMBACHER LLP
ATTORNEYS AT LAW
1211 NEWELL AVENUE, WALNUT CREEK, CA 94596
TELEPHONE: (925) 939-5330

1  12/31/10 , including CAD logs, and recorded radio communications, investigation or arrest

2  reports, recordings, e mails, photographs, video, search warrants, returns to search warrants, lists

3  of property and currency seized, application for destruction orders, destruction orders, asset

4  forfeiture documents (see case number CCC Superior Court #No:_10-0044), and internal and

5  external evidence chain of custody documents of property seized, drafted by the Antioch Police

6  Department, or any law enforcement agency in the possession of APD, including Internal Affairs

7  Bureau investigation reports, investigation reports or charging decision documents by the Contra

8  Costa County District Attorney's Office, Bureau of Narcotics Enforcement reports, or reports by

9  any special agent of the Federal Bureau of Investigation, and Federal Drug Enforcement

10  Administration.

11  **RESPONSE TO REQUEST FOR PRODUCTION NO. 32**:

12  Defendant objects to this request insofar as the request is not calculated to lead to the

13  discovery of relevant and/or admissible evidence, is overly broad, vague and ambiguous, is

14  entirely compound, is unduly burdensome and oppressive, is overbroad as to time and scope,

15  seeks records not in the possession of these Antioch Defendants, seeks documents which may be

16  privileged and/or confidential and/or may implicate the fundamental rights to privacy of persons

17  under the U.S. and California constitutions, seeks records of an individual that is not a party in

18  this action, and, in addition, discovery pertaining to any _Monell_ type claim against the City of

19  Antioch has been ordered deferred by the Court.

20  **REQUEST FOR PRODUCTION NO. 33**:

21  Any and all documents pertaining to any detentions, consensual encounters, arrest, search

22  or seizure of Timothy Scott Murray DOB 11-7-73, or the search and seizure of items from his

23  home at 801 Gatter Ct. Antioch, CA beginning on a date unknown or on or about or between

24  1/1/06 through 12/31/06, including CAD logs, and recorded radio communications, investigation

25  or arrest reports, recordings, e mails, photographs, video, search warrants, returns to search

26  warrants, lists of property and currency seized, application for destruction order, destruction

27  orders, asset forfeiture documents, and internal and external evidence chain of custody documents

28  of property seized, drafted by Antioch Police Department, or any law enforcement agency in the

DEFENDANT CITY OF ANTIOCH'S                                26
RESPONSES TO PLAINTIFF'S FIRST REQUEST
FOR PRODUCTION OF DOCUMENTS

1  possession of APD, including Internal Affairs Bureau investigation reports, investigation reports

2  by the Contra Costa County District Attorney's Office, Bureau of Narcotics Enforcement reports,

3  or reports by any special agent of the Federal Bureau of Investigation, Federal Drug Enforcement

4  Administration.

5  **RESPONSE TO REQUEST FOR PRODUCTION NO. 33:**

6      Defendant objects to this request insofar as the request is not calculated to lead to the

7  discovery of relevant and/or admissible evidence, is overly broad, vague and ambiguous, is

8  entirely compound, is unduly burdensome and oppressive, is overbroad as to time and scope,

9  seeks records not in the possession of these Antioch Defendants, seeks documents which may be

10  privileged and/or confidential and/or may implicate the fundamental rights to privacy of persons

11  under the U.S. and California constitutions, seeks records of an individual that is not a party in

12  this action, and, in addition, discovery pertaining to any _Monell_ type claim against the City of

13  Antioch has been ordered deferred by the Court.

14  **REQUEST FOR PRODUCTION NO. 34:**

15      Any and all documents pertaining to any detentions, consensual encounters, arrest, search

16  or seizure Jennifer_Marie_Anderson,_ DOB,_4-5-89,_or of the search and seizure of items from

17  her home at 3550_Vancouver_Way, Concord,_Ca.,_94520, beginning on a date unknown or on or

18  about or between 1/1/09 through 12/31/09 including CAD logs, and recorded radio

19  communications, investigation or arrest reports, recordings, e mails, photographs, video, search

20  warrants, returns to search warrants, lists of property and currency seized, application for

21  destruction orders and destruction orders, asset forfeiture documents, and internal and external

22  evidence chain of custody documents of property seized, drafted by Antioch Police Department,

23  or any law enforcement agency in the possession of APD, including Internal Affairs Bureau

24  investigation reports, investigation reports by the Contra Costa County District Attorney's Office,

25  Bureau of Narcotics Enforcement reports, or reports by any special agent of the Federal Bureau of

26  Investigation, or Federal Drug Enforcement Administration.

27  **RESPONSE TO REQUEST FOR PRODUCTION NO. 34:**

28      Defendant objects to this request insofar as the request is not calculated to lead to the

McNAMARA, NEY, BEATTY, SLATTERY, BORGES & AMBACHER LLP
ATTORNEYS AT LAW
1211 NEWELL AVENUE, WALNUT CREEK, CA 94596
TELEPHONE: (925) 939-5330

McNAMARA, NEY, BEATTY, SLATTERY, BORGES & AMBACHER LLP
ATTORNEYS AT LAW
1211 NEWELL AVENUE, WALNUT CREEK, CA 94596
TELEPHONE: (925) 939-5330

1   discovery of relevant and/or admissible evidence, is overly broad, vague and ambiguous, is

2   entirely compound, is unduly burdensome and oppressive, is overbroad as to time and scope,

3   seeks records not in the possession of these Antioch Defendants, seeks documents which may be

4   privileged and/or confidential and/or may implicate the fundamental rights to privacy of persons

5   under the U.S. and California constitutions, seeks records of an individual that is not a party in

6   this action, and, in addition, discovery pertaining to any _Monell_ type claim against the City of

7   Antioch has been ordered deferred by the Court.

8       **REQUEST FOR PRODUCTION NO. 35:**

9       Any and all documents pertaining any detentions, consensual encounters, arrest, search or

10   seizure, of Dominic Rodriguez DOB,  6-30-76, or of the search and seizure of items from either

11   4612 Oak Meadow Ct., Antioch, CA., and 5154 Fern Ridge Circle 3550, Discovery Bay,

12   beginning on a date unknown or on or about or between 1/1/09 through 12/31/10, drafted by any

13   officer or agent of the Antioch Police Department, including, CAD logs, and recorded radio

14   communications, investigation or arrest reports, recordings, e mails, photographs, video, search

15   warrants, returns to search warrants, lists of property and currency seized, application for

16   destruction order, destruction orders, asset forfeiture documents, (See CCCSC case #N09-2028

17   and APD case #2009-011625), and internal and external evidence chain of custody documents or

18   any law enforcement agency, including Internal Affairs Bureau investigation reports,

19   investigation reports and charging decision documents by the Contra Costa County District

20   Attorney's Office, Bureau of Narcotics Enforcement reports, or reports by any special agent of

21   the Federal Bureau of Investigation, or Federal Drug Enforcement Administration.

22       **RESPONSE TO REQUEST FOR PRODUCTION NO. 35:**

23       Defendant objects to this request insofar as the request is not calculated to lead to the

24   discovery of relevant and/or admissible evidence, is overly broad, vague and ambiguous, is

25   entirely compound, is unduly burdensome and oppressive, is overbroad as to time and scope,

26   seeks records not in the possession of these Antioch Defendants, seeks documents which may be

27   privileged and/or confidential and/or may implicate the fundamental rights to privacy of persons

28   under the U.S. and California constitutions, seeks records of an individual that is not a party in

McNAMARA, NEY, BEATTY, SLATTERY, BORGES & AMBACHER LLP
ATTORNEYS AT LAW
1211 NEWELL AVENUE, WALNUT CREEK, CA 94596
TELEPHONE: (925) 939-5330

1  this action, and, in addition, discovery pertaining to any *Monell* type claim against the City of

2  Antioch has been ordered deferred by the Court.

3  **REQUEST FOR PRODUCTION NO. 36:**

4  Any and all documents drafted by any officer or agent of the Antioch Police Department,

5  or any law enforcement agency, pertaining to any person charged in Contra Costa County

6  Superior Court # 04-139481-6 including APD investigation or arrest reports, recordings, e mails,

7  photographs, video, audio recordings, search warrants, returns to search warrants, lists of property

8  and currency seized, application for destruction orders and destruction orders, asset forfeiture

9  documents, as well as CAD logs, and recorded radio communications, and internal and external

10  evidence chain of custody documents of property seized, pertaining the detention, arrest, and

11  search or seizure documents, Internal Affairs Bureau investigation reports, investigation reports

12  by the Contra Costa County District Attorney's Office, Bureau of Narcotics Enforcement reports,

13  or reports by any special agent of the Federal Bureau of Investigation, and Federal Drug

14  Enforcement Administration.

15  **RESPONSE TO REQUEST FOR PRODUCTION NO. 36:**

16  Defendant objects to this request insofar as the request is not calculated to lead to the

17  discovery of relevant and/or admissible evidence, is overly broad, vague and ambiguous

18  regarding "Contra Costa County Superior Court # 04-139481-6", is entirely compound, is unduly

19  burdensome and oppressive, is overbroad as to time and scope, seeks records not in the

20  possession of these Antioch Defendants, seeks documents which may be privileged and/or

21  confidential and/or may implicate the fundamental rights to privacy of persons under the U.S. and

22  California constitutions, seeks records of an individual that is not a party in this action, and, in

23  addition, discovery pertaining to any *Monell* type claim against the City of Antioch has been

24  ordered deferred by the Court.

25  **REQUEST FOR PRODUCTION NO. 37:**

26  Any and all documents pertaining to any detentions, consensual encounters , arrest, and

27  search or seizure documents pertaining to any and all contacts between the Antioch Police

28  Department and Angelo G. Vassos, DOB, 4-2-60, beginning on a date unknown or on or about or

DEFENDANT CITY OF ANTIOCH'S                                    29
RESPONSES TO PLAINTIFF'S FIRST REQUEST
FOR PRODUCTION OF DOCUMENTS

1  between 1/1/05 through 12/31/13 drafted by any officer or agent of the Antioch Police

2  Department, or any law enforcement agency, including CAD logs, and recorded radio

3  communications, investigation or arrest reports, recordings, e mails, photographs, video, audio

4  recordings, search warrants, returns to search warrants, lists of property and currency seized,

5  application for destruction orders and destruction orders, internal and external evidence chain of

6  custody documents, asset forfeiture documents, Internal Affairs Bureau investigation reports,

7  investigation reports or charging decision documents by the Contra Costa County District

8  Attorney's Office, Bureau of Narcotics Enforcement reports, or reports by any special agent of

9  the Federal Bureau of Investigation, or Federal Drug Enforcement Administration.

10  **RESPONSE TO REQUEST FOR REQUEST FOR PRODUCTION NO. 37:**

11  Defendant objects to this request insofar as the request is not calculated to lead to the

12  discovery of relevant and/or admissible evidence, is overly broad, vague and ambiguous, is

13  entirely compound, is unduly burdensome and oppressive, is overbroad as to time and scope,

14  seeks records not in the possession of these Antioch Defendants, seeks documents which may be

15  privileged and/or confidential and/or may implicate the fundamental rights to privacy of persons

16  under the U.S. and California constitutions, seeks records of an individual that is not a party in

17  this action, and, in addition, discovery pertaining to any *Monell* type claim against the City of

18  Antioch has been ordered deferred by the Court.

19  **REQUEST FOR PRODUCTION NO. 38:**

20  Any and all documents referencing Jack Foster, Sean O'Toole, Kelly O'Toole, Steven

21  Daniel Lee, and Jennifer Lynn Curtis, drafted by the Antioch Police Department, including

22  investigation or arrest reports, e mails, photographs, video, audio recordings, search warrants,

23  returns to search warrants, lists of property and currency seized, internal and external evidence

24  chain of custody documents, application for destruction orders, destruction orders, or any law

25  enforcement agency in the possession of the Antioch Police Department, including Internal

26  Affairs Bureau investigation reports, investigation reports or charging decision documents by the

27  Contra Costa County District Attorney's Office, Bureau of Narcotics Enforcement reports, or

28  reports by any special agent of the Federal Bureau of Investigation, or Federal Drug Enforcement

McNAMARA, NEY, BEATTY, SLATTERY, BORGES & AMBACHER LLP
ATTORNEYS AT LAW
1211 NEWELL AVENUE, WALNUT CREEK, CA 94596
TELEPHONE: (925) 939-5330

1    Administration.

2    <u>**RESPONSE TO REQUEST FOR PRODUCTION NO. 38**</u>:

3    Defendant objects to this request insofar as the request is not calculated to lead to the

4    discovery of relevant and/or admissible evidence, is overly broad, vague and ambiguous, is

5    entirely compound, is unduly burdensome and oppressive, is overbroad as to time and scope,

6    seeks records not in the possession of these Antioch Defendants, seeks documents which may be

7    privileged and/or confidential and/or may implicate the fundamental rights to privacy of persons

8    under the U.S. and California constitutions.  Without waiving the foregoing objections, Defendant

9    responds as follows: Defendant will produce relevant, non-privileged documents that have been

10   located in its possession, that may be responsive to this request, related to the events and

11   allegations alleged in this case per Plaintiffs' complaint and any amended complaints.

12   <u>**REQUEST FOR PRODUCTION NO. 39**</u>:

13   Any and all documents pertaining and related to any investigation constituting, referring

14   and related to Norm Wielsch, Louis Lombardi, Chris Butler, Michael McGary, Joshua Vincelet,

15   Steven Bergerhouse, Ronald Krenz, Danielle Joannides, Stephanie Chalk, Leonard Orman,

16   Michael Mortimer, Steven Aiello, James Wisecarver Jr., Desmond Bittner, Matthew Koch,

17   including CAD logs, photographs, video, audio interviews, wiretaps, recorded radio

18   communications arrest reports, investigation or informational reports, search warrants, returns to

19   search warrants, lists of property and currency seized, application for destruction orders,

20   destruction orders, internal and external chain of custody documents, asset forfeiture documents,

21   including Internal Affairs Bureau investigation reports, investigation reports by the Contra Costa

22   County District Attorney's Office, Bureau of Narcotics Enforcement reports, or reports by any

23   special agent of the Federal Bureau of Investigation, or Federal Drug Enforcement Administration

24   or any other state, local, or Federal Investigation agent or officer involved as either a suspect,

25   witness, or investigator in any investigation of any drug or prostitution investigation involving the

26   above-named officers, not referenced above, in which any above-named officer participated in,

27   from 1/1/04 through 12/31/12.

28   <u>**RESPONSE TO REQUEST FOR PRODUCTION NO. 39**</u>:

McNAMARA, NEY, BEATTY, SLATTERY, BORGES & AMBACHER LLP
ATTORNEYS AT LAW
1211 NEWELL AVENUE, WALNUT CREEK, CA 94596
TELEPHONE: (925) 939-5330

McNAMARA, NEY, BEATTY, SLATTERY, BORGES & AMBACHER LLP
ATTORNEYS AT LAW
1211 NEWELL AVENUE, WALNUT CREEK, CA 94596
TELEPHONE: (925) 939-5330

1  Defendant objects to this request insofar as the request is not calculated to lead to the

2  discovery of relevant and/or admissible evidence, is fatally overly broad, vague and ambiguous, is

3  entirely compound, is unduly burdensome and oppressive due to its breadth in relation to a

4  request for eight plus years of investigations involving various officers and/or detectives, is

5  overbroad as to time and scope, seeks records not in the possession of these Antioch Defendants,

6  seeks documents which may be privileged and/or confidential and/or may implicate the

7  fundamental rights to privacy of persons under the U.S. and California constitutions, seeks

8  records of an individual that is not a party in this action, and, in addition, discovery pertaining to

9  any *Monell* type claim against the City of Antioch has been ordered deferred by the Court.

10  **REQUEST FOR PRODUCTION NO. 40:**

11  The entire Antioch Police Department internal investigation file into the plaintiffs

12  government tort claim related to the incidents alleged in plaintiff's Complaint, including, but not

13  limited to, all memoranda, notes, writings, E-mail, audio and video recordings, photographs,

14  charts, diagrams, transcripts and physical evidence relating to any entry and search at either

15  Plaintiffs' place of business known as Grow it Yourself Gardens LLC located at 401-F Sunset

16  Drive Antioch, CA 94509, search of "Fashion Statement" 401 Sunset Drive Ste. 401 E, Antioch,

17  Ca., search of 701 Thompsons Dr., Brentwood, Ca., 94513, including complaints by Ms. Jennifer

18  Curtis about the seizure of a wrist watch, currency, or any other property from her home, made to

19  the Antioch PD, Brentwood PD, San Ramon PD, or CCCNET beginning on a date no later than

20  and/or on or about and between 6/1/07 through 12/31/09, search and seizure of 4162 Tulare Ct.,

21  Antioch, Ca., and Sean Adolfo O'Toole, and Kelly Barbara O'Toole, Jennifer Curtis, Jack Foster,

22  or Steven Lee, beginning on a date no later than and/or on or about and between 1/1/10 through

23  12/31/10.

24  **RESPONSE TO REQUEST FOR PRODUCTION NO. 40:**

25  Defendant objects to this request insofar as the request is not calculated to lead to the

26  discovery of relevant and/or admissible evidence, is overly broad, vague and ambiguous, is

27  entirely compound, is unduly burdensome and oppressive, is overbroad as to time and scope,

28  seeks records not in the possession of these Antioch Defendants, seeks documents which may be

McNAMARA, NEY, BEATTY, SLATTERY, BORGES & AMBACHER LLP
ATTORNEYS AT LAW
1211 NEWELL AVENUE, WALNUT CREEK, CA 94596
TELEPHONE: (925) 939-5330

1  privileged and/or confidential and/or may implicate the fundamental rights to privacy of persons

2  under the U.S. and California constitutions, discovery pertaining to any _Monell_ type claim against

3  the City of Antioch has been ordered deferred by the Court, seeks documents which are

4  privileged and confidential and may implicate the fundamental rights to privacy under the U.S.

5  and California constitutions of Antioch Police Department officers, and per California statutes, in

6  addition this request implicates Kelly v. City of San Jose, 114 F.R.D. 653 (N.D. Ca 1987) and

7  California Evidence Code §§ 1040, 1043, 1045, 1046, Government Code §§ 3300 et seq., Penal

8  Code §§ 832.7, 832.8, and per Pitchess v. Superior Court (1974) 11 Cal.3d 531, and its progeny.

9  **REQUEST FOR PRODUCTION NO. 41:**

10  Any and all documents pertaining and related to any detentions, arrests, marijuana

11  investigations, and consensual encounters of Jerry Fairley, or search and seizure of any of his

12  homes in Brentwood, Ca., or any home rented and or inhabited by Jerry Fairley in any city,

13  beginning on a date unknown or on or about or between 1/1/09 through 12/31/10  including CAD

14  logs, and recorded radio communications investigation or arrest reports, recordings, e mails,

15  photographs, video, search warrants, returns to search warrants, lists of property and currency

16  seized, application for destruction orders, destruction orders, internal and external chain of

17  custody documents, asset forfeiture documents, drafted by Antioch Police Department, or any law

18  enforcement agency in APD possession, including Internal Affairs Bureau investigation reports,

19  investigation reports and documents pertaining to charging decisions, by the Contra Costa County

20  District Attorney's Office, Bureau of Narcotics Enforcement reports, or reports by any special

21  agent of the Federal Bureau of Investigation, and Federal Drug Enforcement Administration.

22  **RESPONSE TO REQUEST FOR PRODUCTION NO. 41:**

23  Defendant objects to this request insofar as the request is not calculated to lead to the

24  discovery of relevant and/or admissible evidence, is overly broad, vague and ambiguous, is

25  entirely compound, is unduly burdensome and oppressive, is overbroad as to time and scope,

26  seeks records not in the possession of these Antioch Defendants, seeks documents which may be

27  privileged and/or confidential and/or may implicate the fundamental rights to privacy of persons

28  under the U.S. and California constitutions, seeks records of an individual that is not a party in

DEFENDANT CITY OF ANTIOCH'S                    33
RESPONSES TO PLAINTIFF'S FIRST REQUEST
FOR PRODUCTION OF DOCUMENTS

1 this action, and, in addition, discovery pertaining to any *Monell* type claim against the City of

2 Antioch has been ordered deferred by the Court.

3 **REQUEST FOR PRODUCTION NO. 42**:

4 Any and all documents pertaining and related to any detentions, arrests, marijuana

5 investigations, and consensual encounters of Angela Butler, DOB 7-5-74, beginning on a date

6 unknown including CAD logs, and recorded radio communications investigation or arrest reports,

7 recordings, e mails, photographs, video, search warrants, returns to search warrants, lists of

8 property and currency seized, application for destruction orders, destruction orders, internal and

9 external chain of custody documents, asset forfeiture documents, drafted by Antioch Police

10 Department, or any law enforcement agency in APD possession, including Internal Affairs

11 Bureau investigation reports, investigation reports and documents pertaining to charging

12 decisions, by the Contra Costa County District Attorney's Office, Bureau of Narcotics

13 Enforcement reports, or reports by any special agent of the Federal Bureau of Investigation, and

14 Federal Drug Enforcement Administration.

15 **RESPONSE TO REQUEST FOR PRODUCTION NO. 42**:

16 Defendant objects to this request insofar as the request is not calculated to lead to the

17 discovery of relevant and/or admissible evidence, is overly broad, vague and ambiguous, is

18 entirely compound, is unduly burdensome and oppressive, is overbroad as to time and scope,

19 seeks records not in the possession of these Antioch Defendants, seeks documents which may be

20 privileged and/or confidential and/or may implicate the fundamental rights to privacy of persons

21 under the U.S. and California constitutions, seeks records of an individual that is not a party in

22 this action, and, in addition, discovery pertaining to any *Monell* type claim against the City of

23 Antioch has been ordered deferred by the Court.

24 **REQUEST FOR PRODUCTION NO. 43**:

25 Any and all documents pertaining and related to any detentions, arrests, marijuana

26 investigations, and consensual encounters of Rhonda Lynn Dunning on a date unknown including

27 CAD logs, and recorded radio communications investigation or arrest reports, recordings, e mails,

28 photographs, video, search warrants, returns to search warrants, lists of property and currency

DEFENDANT CITY OF ANTIOCH'S                                34
RESPONSES TO PLAINTIFF'S FIRST REQUEST
FOR PRODUCTION OF DOCUMENTS

McNAMARA, NEY, BEATTY, SLATTERY, BORGES & AMBACHER LLP
ATTORNEYS AT LAW
1211 NEWELL AVENUE, WALNUT CREEK, CA 94596
TELEPHONE: (925) 939-5330

McNAMARA, NEY, BEATTY, SLATTERY, BORGES & AMBACHER LLP
ATTORNEYS AT LAW
1211 NEWELL AVENUE, WALNUT CREEK, CA 94596
TELEPHONE: (925) 939-5330

1  seized, application for destruction orders, destruction orders, internal and external chain of

2  custody documents, asset forfeiture documents, drafted by Antioch Police Department, or any law

3  enforcement agency in APD possession, including Internal Affairs Bureau investigation reports,

4  investigation reports and documents pertaining to charging decisions, by the Contra Costa County

5  District Attorney's Office, Bureau of Narcotics Enforcement reports, or reports by any special

6  agent of the Federal Bureau of Investigation, and Federal Drug Enforcement Administration.

7  **RESPONSE TO REQUEST FOR PRODUCTION NO. 43:**

8      Defendant objects to this request insofar as the request is not calculated to lead to the

9  discovery of relevant and/or admissible evidence, is overly broad, vague and ambiguous, is

10  entirely compound, is unduly burdensome and oppressive, is overbroad as to time and scope,

11  seeks records not in the possession of these Antioch Defendants, seeks documents which may be

12  privileged and/or confidential and/or may implicate the fundamental rights to privacy of persons

13  under the U.S. and California constitutions, seeks records of an individual that is not a party in

14  this action, and, in addition, discovery pertaining to any *Monell* type claim against the City of

15  Antioch has been ordered deferred by the Court.

16  **REQUEST FOR PRODUCTION NO. 44:**

17      Any and all documents constituting, referring, and related to any detention, arrest, search

18  or seizure Shiloh J. O'Neill, DOB, 11-19-75, or the search and seizure of items from his home

19  at 914 Santa Lucia Dr., in Pleasant Hill, Ca., 94523, beginning on a date unknown or on or

20  about and between 1/1/09 through 12/31/11 (See CCCNET # TF09-0093 and CCCSCt. # N09-

21  1636) including, CAD logs, and recorded radio communications, investigation or arrest reports,

22  recordings, e mails, photographs, audio and video recordings, affidavits for search warrants,

23  search warrants, destruction orders, request for destruction orders, returns to search warrants, lists

24  of property and currency seized, internal and external evidence chain of custody documents, asset

25  forfeiture documents, drafted by Antioch Police Department, or any law enforcement agency,

26  including Internal Affairs investigation reports, investigation reports by the Contra Costa County

27  District Attorney's Office, Bureau of Narcotics Enforcement reports, or reports by any special

28  agent of the Federal Bureau of Investigation, Federal Drug Enforcement Administration.

McNAMARA, NEY, BEATTY, SLATTERY, BORGES & AMBACHER LLP
ATTORNEYS AT LAW
1211 NEWELL AVENUE, WALNUT CREEK, CA 94596
TELEPHONE: (925) 939-5330

**RESPONSE TO REQUEST FOR PRODUCTION NO. 44:**

Defendant objects to this request insofar as the request is not calculated to lead to the discovery of relevant and/or admissible evidence, is overly broad, vague and ambiguous, is entirely compound; is unduly burdensome and oppressive, is overbroad as to time and scope, seeks records not in the possession of these Antioch Defendants, seeks documents which may be privileged and/or confidential and/or may implicate the fundamental rights to privacy of persons under the U.S. and California constitutions, seeks records of an individual that is not a party in this action, and, in addition, discovery pertaining to any *Monell* type claim against the City of Antioch has been ordered deferred by the Court.

**REQUEST FOR PRODUCTION NO. 45:**

Any and all documents pertaining the response to a call by any member of CCCNET including Louis Lombardi, Norman Wielsch, or any other CCCNET officer involved in the response to a call for the seizure of currency mailed to the place of business owned by Michael McGuire located at 1425 Parkside Drive, Walnut Creek, CA and seized by Antioch Police Department, CCCNET or any agent acting on behalf of the CCC Sheriff's Department, San Ramon PD or any other agency beginning on a date unknown or on or about or between 1/1/07 through 12/31/08, including CAD logs, and recorded radio communications, investigation or arrest reports, audio and video recordings, e mails, photographs, affidavits for search warrants, search warrants, returns to search warrants, lists of property and currency seized, internal and external evidence chain of custody documents, asset forfeiture documents, drafted by any agent of CCCNET, Antioch Police Department, or any law enforcement agency, including BNE Internal Affairs investigation reports, investigation reports by the Contra Costa County District Attorney's Office, Bureau of Narcotics Enforcement reports, or reports by and special agent of the Federal Bureau of Investigation, and Federal Drug Enforcement Administration.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 45:**

Defendant objects to this request insofar as the request is not calculated to lead to the discovery of relevant and/or admissible evidence, is overly broad, vague and ambiguous, is entirely compound, is unduly burdensome and oppressive, is overbroad as to time and scope,

DEFENDANT CITY OF ANTIOCH'S                           36
RESPONSES TO PLAINTIFF'S FIRST REQUEST
FOR PRODUCTION OF DOCUMENTS

McNAMARA, NEY, BEATTY, SLATTERY, BORGES & AMBACHER LLP
ATTORNEYS AT LAW
1211 NEWELL AVENUE, WALNUT CREEK, CA 94596
TELEPHONE: (925) 939-5330

1   seeks records not in the possession of these Antioch Defendants, seeks documents which may be

2   privileged and/or confidential and/or may implicate the fundamental rights to privacy of persons

3   under the U.S. and California constitutions, seeks records of an individual that is not a party in

4   this action, and, in addition, discovery pertaining to any *Monell* type claim against the City of

5   Antioch has been ordered deferred by the Court.

6   **REQUEST FOR PRODUCTION NO. 46:**

7   Any and all documents pertaining to any detentions, consensual encounters, arrest, and

8   search or seizure documents pertaining to any and all contacts between the Antioch Police

9   Department and Jennifer Marie Anderson, DOB, 4-5-89, or of the search and seizure of items

10  and her home at 3550 Vancouver Way, Concord, Ca., 94520, beginning on a date unknown or

11  on or about or between 1/1/09 through 12/31/09, drafted by any officer or agent of the Antioch

12  Police Department, or any law enforcement agency, including CAD logs, and recorded radio

13  communications, investigation or arrest reports, recordings, e mails, photographs, video, audio

14  recordings, search warrants, returns to search warrants, lists of property and currency seized,

15  application for destruction orders and destruction orders, internal and external evidence chain of

16  custody documents, asset forfeiture documents, Internal Affairs Bureau investigation reports,

17  investigation reports or charging decision documents by the Contra Costa County District

18  Attorney's Office, Bureau of Narcotics Enforcement reports, or reports by any special agent of

19  the Federal Bureau of Investigation, or Federal Drug Enforcement Administration.

20  **RESPONSE TO REQUEST FOR PRODUCTION NO. 46:**

21  Defendant objects to this request insofar as the request is not calculated to lead to the

22  discovery of relevant and/or admissible evidence, is overly broad, vague and ambiguous, is

23  entirely compound, is unduly burdensome and oppressive, is overbroad as to time and scope,

24  seeks records not in the possession of these Antioch Defendants, seeks documents which may be

25  privileged and/or confidential and/or may implicate the fundamental rights to privacy of persons

26  under the U.S. and California constitutions, seeks records of an individual that is not a party in

27  this action, and, in addition, discovery pertaining to any *Monell* type claim against the City of

28  Antioch has been ordered deferred by the Court.

DEFENDANT CITY OF ANTIOCH'S                    37
RESPONSES TO PLAINTIFF'S FIRST REQUEST
FOR PRODUCTION OF DOCUMENTS

1  __REQUEST FOR PRODUCTION NO. 47__:

2      Any and all documents that comprise or are part of the personnel file of the defendants

3  JOSHUA   VINCELET,   JAMES   WISECARVER   JR.,STEVEN   AIELLO,   STEVEN

4  BERGERHOUSE, RONALD KRENZ, DANIELLE JOANNIDES, STEPHANIE A. CHALK,

5  and   CAPTAIN   LEONARD   ORMAN,   MICHAEL   MORTIMER,   DESMOND

6  BITTNER,MATTHEW KOCH and any other officer from the Antioch Police Department who

7  was present at either Plaintiffs' place of business known as GROW IT YOURSELF GARDENS,

8  LLC," LOCATED AT 401-F SUNSET DRIVE, ANTIOCH, CALIFORNIA 94509., or Officers

9  present at 701 Thompsons Dr., Brentwood, Ca., 94513 from 1/1/07 through 12/31/11, officers

10  present at the home of James E. Cooper, DOB, 12-07-69 from 12/01/07 to 12/31/08 , officers

11  present at the home of Justin Reis, at 409 Elberta Ct., Brentwood, Ca., 94513 beginning on a date

12  unknown or on or about May 2008 , officers present at the home of Charles "Chucky" Michael

13  Ortega DOB, 1-23-86, and Angelita Baldazo-Ortega, DOB, 10-17-88 at 2201 Sycamore Dr. #16,

14  Antioch, Ca., 94509 beginning on a date unknown or on or about or between 1/14/10, officers

15  present at any search and seizure of any property of Paul R. Quintana beginning on a date

16  unknown or on or about or between 1/14/10, officers present at Sergio Ortega Jr, and Renee Beth

17  Earle's home at 286 Pebble Beach Dr., Brentwood, CA beginning on a date unknown or on or

18  about and between 1/1/08 through 12/31/08, and officers present during the search and seizure of

19  any property from Lewis "Randy" Decker beginning on a date unknown or on or about between

20  3/1/10 through 7/1/10,  officers present during the search and seizure of any property from

21  Michael B. Stout (aka - "Tahoe Mike"), DOB, 5-9-80, at 3828 Killdeer Dr., Antioch, Ca.

22  beginning on a date unknown or on or about and between 5/1/06 through 12/31/08, officers

23  present during the search and seizure of any property from Anthony Denner, DOB 5/6/79

24  beginning on a date unknown or on or about or between 1/1/09 and 12/31/13, officers present

25  during the search of the home of plaintiff Steven Daniel Lee beginning on a date unknown or on

26  or about and between 1-5-10, and Jack Foster at 4162 Tulare Ct., Antioch, Ca. beginning on a

27  date unknown or on or about and between 1-5-10, officers present during the search and seizure

28  of Timothy Scott Murray, DOB 11/7/73, and his home at 801 Gatter Ct., Antioch, CA beginning

McNAMARA, NEY, BEATTY, SLATTERY, BORGES & AMBACHER LLP
1211 NEWELL AVENUE, WALNUT CREEK, CA 94596
ATTORNEYS AT LAW
TELEPHONE: (925) 939-5330

McNAMARA, NEY, BEATTY, SLATTERY, BORGES & AMBACHER LLP
ATTORNEYS AT LAW
1211 NEWELL AVENUE, WALNUT CREEK, CA 94596
TELEPHONE: (925) 939-5330

1   on a date unknown or on or about or between 1/1/6/through 12/31/06, officers present during the

2   search and seizure of Ralph Junior Howard, DOB, 12-5-41,Mark A. Fernandez, DOB,

3   5-19-57, Stephanie Lynn Rangel DOB, 4-12-69, and Deborah L. Tierney, DOB, 4-22-53,

4   at 2924 Pear St.; Antioch, Ca., 94509 beginning on a date unknown or on or about 1/1/10

5   through 12/31/10,  officers present during the search and seizure of Daniel Leal at 401 Sunset

6   Drive Ste. F, Antioch, Ca. beginning on a date unknown or on or about or between 10/14/09,

7   officers present during the search and seizure of Art Carasis, DOB 12-17-54, and his home at

8   1400 Noia Ave., Antioch, Ca., 94509 beginning on a date unknown or on or about or between

9   1/1/05   through   12/31/13,   officers   present   during   the   search   and   seizure   of

10  Abraham Jesus Hurtado, DOB 7-14-86 and/or Kathy Montoya DOB, 10-17-88, at 2212

11  Banyon Way, Antioch, CA. on or about or between 1/1/10 through 12/31/10, officers present

12  during the search and seizure of Jennifer Marie Anderson, DOB, 4-5-89, or of the search and

13  seizure of items and her home at 3550 Vancouver Way, Concord, Ca., 94520, beginning on a

14  date unknown or on or about or between 1/1/09 through 12/31/09, officers present during the

15  search and seizure of Michelle Iniguez and/or Gabriel Iniguez and their home at 57 Chelsea Wy,

16  Pittsburg, CA beginning on a date unknown or on or about or between 1/1/08 through 12/31/08,

17  officers present during the search and seizure of Dominic Rodriguez, DOB, 6-30-76, at both

18  4612 Oak Meadow Ct., Antioch, CA., and 5154 Fern Ridge Circle 3550, Discovery Bay CA,

19  beginning on a date unknown or on or about or between 1/1/09 through 12/31/10, officers present

20  during the search and seizure of Jerry Fairley, or search and seizure of any of his homes in

21  Brentwood, Ca., or any home rented and or inhabited by Jerry Fairley in any city, beginning on a

22  date unknown or on or about or between 1/1/09 through 12/31/10, officers present during the

23  search and seizure of Angela Butler, officers present during the search and seizure of Rhonda

24  Lynn   Dunning   and   her   home,   officers   present   during   the   search   and   seizure   of

25  Shiloh J. O'Neill, DOB, 11-19-75, the search and seizure of items from his home at 914 Santa

26  Lucia Dr., in Pleasant Hill, CA 94523, beginning on a date unknown or on or about and between

27  1/1/09 through 12/31/11,  the search and seizure of Michael McGuire and his home located at

28  1425 Parkside Drive, Walnut Creek CA beginning on a date on or about or between 1/1/07

McNAMARA, NEY, BEATTY, SLATTERY, BORGES & AMBACHER LLP
ATTORNEYS AT LAW
1211 NEWELL AVENUE, WALNUT CREEK, CA 94596
TELEPHONE: (925) 939-5330

1  through 12/31/08, and the search and seizure of Angelo G. Vassos, DOB, 4-2-60, beginning on a

2  date unknown or on or about or between 1/1/05 through 12/31/13

3   a.   any and all documents that concern or are relevant to the incident described in the Complaint, including those documents that concern the entry and search of Plaintiffs' residence, or business, or any witnesses or suspects described in paragraph 47 above;

4

5   b.   any and all documents pertaining to any investigation into allegations that defendants Wisecarver Jr. and Steven Aiello tampered with security cameras or security camera systems during the freezing and seizure of the "Grow it Yourself"

6

7   c.   police internal affairs investigations relating to each incident described in paragraph 47 above;

8   d.   statements or interviews of witnesses, informants, Plaintiff, and any police officers who had any role or contact with any incident described in the complaint or any incident described in paragraph 47 above;

9   e.   incident reports not produced in response to requests made above;

10   f.   dispatch tapes and CAD logs and transcripts of radio messages made concerning the complaint and all reports of such radio messages described in paragraph 47 above.

11   g.   the disciplinary record, and any other documents in the possession of a defendant that concerns the hiring, training, duties, performance, assignments, and mental and physical condition of said defendant.

12

13  **RESPONSE TO REQUEST FOR PRODUCTION NO. 47:**

14   Defendant objects to this request insofar as the request is not calculated to lead to the

15  discovery of relevant and/or admissible evidence, is overly broad, vague and ambiguous, is

16  extremely compound, is completely and unduly burdensome and oppressive as to its breadth and

17  scope, is overbroad as to time and scope, seeks documents which are privileged and confidential,

18  implicates Antioch Police Department officers' fundamental rights to privacy under the U.S. and

19  California constitutions, and per California statutes, in addition this request implicates <u>Kelly v.</u>

20  <u>City of San Jose</u>, 114 F.R.D. 653 (N.D. Ca 1987) and California Evidence Code §§ 1040, 1043,

21  1045, 1046, Government Code §§ 3300 et seq., Penal Code §§ 832.7, 832.8, and per <u>Pitchess v.</u>

22  <u>Superior Court</u> (1974) 11 Cal.3d 531, and its progeny. Without waiving the foregoing objections,

23  Defendant responds as follows: Defendant may agree to produce relevant, non-privileged

24  documents, in its possession, responsive to this request regarding the named Defendants and/or

25  parties or officers that are germane to the issues in this case, redacting and/or withholding

26  irrelevant personal and/or private information, after the execution and filing of a Stipulated

27  Protective Order in this matter.

28

DEFENDANT CITY OF ANTIOCH'S     40
RESPONSES TO PLAINTIFF'S FIRST REQUEST
FOR PRODUCTION OF DOCUMENTS

McNAMARA, NEY, BEATTY, SLATTERY, BORGES & AMBACHER LLP
ATTORNEYS AT LAW
1211 NEWELL AVENUE, WALNUT CREEK, CA 94596
TELEPHONE: (925) 939-5330

## REQUEST FOR PRODUCTION NO. 48:

For the period of January 2007 to the current date all documents and writings including police guidelines, directives, policy statements, procedures, and training materials, in any form and of any type, concerning police policy, custom or practice regarding:

|   |   |
|---|---|
| a. | Discipline of officers generally, |
| b. | specific discipline for the violation of constitutional rights, including the Fourth Amendment |
| c. | the procedure for the drafting and execution of search warrants, |
| d. | the procedure for the "freezing" of any home, business or automobile, |
| e. | the policy for recording suspect interviews in the field and at the Antioch Police Department, |
| f. | the training for officers assigned to forfeiture programs, including ongoing training, |
| f. | the policy for the collection, storage and preservation of evidence seized pursuant to a search warrant, including but not limited to: property suspected to be stolen, computers, evidence retention of firearms and other weapons, and the retention, control, disposal, and/or return of motor vehicles and property suspected to be purchased from the proceeds of drug sales, |
| g. | the policy for evidence seizure, |
| h. | the policy for evidence booking, and retention |
| i. | the policy for evidence documentation at a crime scene |
| j. | the policy for evidence documentation at the Antioch Police Department by any seizing or transporting officer of the evidence. |
| k. | the policy for evidence documentation at the Antioch Police Department by any evidence technician or officer or agent at any APD evidence locker or law enforcement storage facility, |
| l. | APD's manual detailing the statutory grounds for forfeiture and all applicable policies and procedures, including procedures for prompt notice to interestholders, the expeditious release of seized property, where appropriate, and the prompt resolution of claims of innocent ownership, |
| m. | the policy for evidence seizure, documentation, and processing of any assets seized for asset forfeiture pursuant to Health and Safety Code section 11470 or any APD common law interpretation of asset forfeiture. |
| n. | the swearing out of criminal complaints, |
| o. | the procurement of arrest warrants, and/or Ramey warrants, |
| p. | the procurement of additional arrest warrants, and/or Ramey warrants after notification that charges previously sought have been dismissed by any prosecuting agency. |

## RESPONSE TO REQUEST FOR PRODUCTION NO. 48:

Defendant objects to this request insofar as the request includes issues that not calculated to lead to the discovery of relevant and/or admissible evidence, is overly broad, vague and ambiguous, is entirely compound, is unduly burdensome and oppressive as to the scope of the requests and various subjects included, is overbroad as to time and scope, seeks documents which

DEFENDANT CITY OF ANTIOCH'S          41
RESPONSES TO PLAINTIFF'S FIRST REQUEST
FOR PRODUCTION OF DOCUMENTS

McNAMARA, NEY, BEATTY, SLATTERY, BORGES & AMBACHER LLP
ATTORNEYS AT LAW
1211 NEWELL AVENUE, WALNUT CREEK, CA 94596
TELEPHONE: (925) 939-5330

1    may not be discoverable as discovery pertaining to any *Monell* type claim against the City of

2    Antioch has been ordered deferred by the Court.   Without waiving the foregoing objections,

3    Defendant responds as follows: Defendant is searching for records regarding the topics included

4    and will produce relevant, non-privileged documents, located in its possession, that may be

5    responsive to this request, should any such documents be located.

6        **REQUEST FOR PRODUCTION NO. 49:**

7        Each Government Tort claim filed with defendant CITY OF ANTIOCH in which either

8    JOSHUA   VINCELET,   JAMES   WISECARVER   JR.,STEVEN   AIELLO,   STEVEN

9    BERGERHOUSE, RONALD KRENZ, DANIELLE JOANNIDES, STEPHANIE A. CHALK,

10   CAPTAIN   LEONARD   ORMAN,   MICHAEL   MORTIMER,   DESMOND   BITTNER,

11   MATTHEW KOCH or any other officer from the Antioch Police Department who was present at

12   any location where James E. Cooper's property was seized, APD officers present at the home of

13   Justin Reis, at 409 Elberta Ct., Brentwood, Ca., 94513, APD officers present at the home of

14   Charles "Chucky" Michael Ortega and Angelita Baldazo-Ortega, at 2201 Sycamore Dr. #16,

15   Antioch, Ca., 94509, APD officers present at any search and seizure of any property of Paul R.

16   Quintana, officers present at Sergio Ortega Jr, and Renee Beth Earle's home at 286 Pebble Beach

17   Dr., Brentwood, CA, and APD officers present during the search and seizure of any property from

18   Lewis "Randy" Decker, APD officers present during the search and seizure of any property from

19   Michael B. Stout (aka - "Tahoe Mike"), at 3828 Killdeer Dr., Antioch, Ca.,  APD officers present

20   during the seizure of any property from Anthony Denner, DOB 5/6/79, APD officers present

21   during the search of the home of plaintiff Steven Daniel Lee, and Jack Foster at 4162 Tulare Ct.,

22   Antioch, officers present during the search and seizure of Timothy Scott Murray, DOB 11/7/73, at

23   801   Gatter   Ct.,   Antioch,   CA,   officers   present   during   the   search   and   seizure   of

24   Ralph_Junior_Howard,_DOB,_12-5-41,Mark_   A._Fernandez,_   DOB,_   5-19-57,_Stephanie_

25   Lynn_   Rangel   DOB,_4-12-69,_and   Deborah_L._Tierney,   DOB   4-22-53   at_2924_Pear_St.,

26   Antioch,_Ca., 94509, officers present during the search and seizure of Daniel Leal at 401 Sunset

27   Drive Ste. F, Antioch, Ca., officers present during the search and seizure of Art Carasis, DOB

28   12-17-54, at his home at 1400 Noia Ave.,_Antioch,_Ca., 94509, officers present during the search

McNAMARA, NEY, BEATTY, SLATTERY, BORGES & AMBACHER LLP
ATTORNEYS AT LAW
1211 NEWELL AVENUE, WALNUT CREEK, CA 94596
TELEPHONE: (925) 939-5330

1   and seizure of the home of Abraham Jesus Hurtado, DOB, 7-14-86, and/or

2   95219, Kathy Montoya, DOB, 10-17-88 at 2212 Banyon Way, Antioch, CA., officers

3   present during the search and seizure of Jennifer Marie Anderson, and her home at

4   3550 Vancouver Way, Concord, Ca., 94520, officers present during the search and seizure of

5   Michelle Iniguez and/or Gabriel Iniguez and their home at 57 Chelsea Wy, Pittsburg, CA, officers

6   present during the search and seizure of Dominic Rodriguez, DOB, 6-30-76, at both 4612 Oak

7   Meadow Ct., Antioch, CA., and 5154 Fern Ridge Circle 3550, Discovery Bay, CA, officers

8   present during the search and seizure of Jerry Fairley, or search and seizure of any of his homes in

9   Brentwood, Ca., or any home rented and or inhabited by Jerry Fairley in any city, officers present

10  during the search and seizure of Angela Butler, officers present during the search and seizure of

11  Rhonda Lynn Dunning and her home, and officers present during the search and seizure of

12  Shiloh J. O'Neill, DOB, 11-19-75, or the search and seizure of items from his home at

13  914 Santa Lucia Dr., in Pleasant Hill, CA 94523, officers present during the search and seizure of

14  Michael McGuire and his home located at 1425 Parkside Drive, Walnut Creek CA, officers

15  present during the search and seizure of Angelo G. Vassos, DOB, 4-2-60, or any other claim filed

16  where a warrant was executed or a probation search was conducted wherein a citizen, suspect or

17  witness alleged that a violation of the Fourth Amendment occurred, or that property was taken

18  pursuant to a drug seizure or prostitution arrest. You may limit your responses to this request to

19  claims for violation of any Fourth Amendment right to be free from unreasonable search or

20  seizure, fabricated probable cause, dishonesty, perjury and false arrest and detention, fabrication

21  of police reports, or interference with a lawful business activity, or theft or damage to property.

22  **RESPONSE TO REQUEST FOR PRODUCTION NO. 49:**

23      Defendant objects to this request insofar as the request is not calculated to lead to the

24  discovery of relevant and/or admissible evidence, is overly broad, vague and ambiguous, is

25  entirely compound, is unduly burdensome and oppressive regarding the scope of this request, is

26  overbroad as to time and scope, seeks records not in the possession of these Antioch Defendants,

27  seeks documents which may be privileged and/or confidential and/or may implicate the

28  fundamental rights to privacy of persons under the U.S. and California constitutions, seeks

McNAMARA, NEY, BEATTY, SLATTERY, BORGES & AMBACHER LLP
ATTORNEYS AT LAW
1211 NEWELL AVENUE, WALNUT CREEK, CA 94596
TELEPHONE: (925) 939-5330

1   records of an individual(s) that is not a party in this action, and, in addition, discovery pertaining

2   to any *Monell* type claim against the City of Antioch has been ordered deferred by the Court.

3   **REQUEST FOR PRODUCTION NO. 50:**

4   Any and all memoranda or correspondence, including E-mail, about the incident and

5   between superior officers and defendants, JOSHUA VINCELET, JAMES WISECARVER

6   JR.,STEVEN AIELLO, STEVEN BERGERHOUSE, RONALD KRENZ, DANIELLE

7   JOANNIDES, STEPHANIE A. CHALK, and CAPTAIN LEONARD ORMAN, and MICHAEL

8   MORTIMER, DESMOND BITTNER, MATTHEW KOCH,   or any other officer from the

9   Antioch Police Department who was present at any location described in paragraph 47 above

10  where a warrant was executed or a probation search was conducted, as well as any officer

11  responsible for the examination, retention, control, disposal, return or damage to any of Plaintiffs'

12  property.

13  **RESPONSE TO REQUEST FOR PRODUCTION NO. 50:**

14  Defendant objects to this request insofar as the request is not calculated to lead to the

15  discovery of relevant and/or admissible evidence, is overly broad, vague and ambiguous, is

16  entirely compound, is unduly burdensome and oppressive regarding the scope of this request, is

17  overbroad as to time and scope, seeks records not in the possession of these Antioch Defendants,

18  seeks documents which may be privileged and/or confidential and/or may implicate the

19  fundamental rights to privacy of persons under the U.S. and California constitutions, seeks

20  records of an individual(s) that is not a party in this action, and, in addition, discovery pertaining

21  to any *Monell* type claim against the City of Antioch has been ordered deferred by the Court.

22  **REQUEST FOR PRODUCTION NO. 51:**

23  Training records of all training received for Defendants JAMES WISECARVER

24  JR.,STEVEN AIELLO, STEVEN BERGERHOUSE, RONALD KRENZ, DANIELLE

25  JOANNIDES, STEPHANIE A. CHALK, and CAPTAIN LEONARD ORMAN, JOSHUA

26  VINCELET and MICHAEL MORTIMER, DESMOND BITTNER, MATTHEW KOCH or any

27  other officer from the Antioch Police Department who was present at any location described in

28  paragraph 47 above.

DEFENDANT CITY OF ANTIOCH'S                    44
RESPONSES TO PLAINTIFF'S FIRST REQUEST
FOR PRODUCTION OF DOCUMENTS

McNAMARA, NEY, BEATTY, SLATTERY, BORGES & AMBACHER LLP
ATTORNEYS AT LAW
1211 NEWELL AVENUE, WALNUT CREEK, CA 94596
TELEPHONE: (925) 939-5330

**RESPONSE TO REQUEST FOR PRODUCTION NO. 51:**

Defendant objects to this request insofar as the request is not calculated to lead to the discovery of relevant and/or admissible evidence, is overly broad, vague and ambiguous, is extremely compound, is completely and unduly burdensome and oppressive as to its breadth and scope, is overbroad as to time and scope, seeks documents which are privileged and confidential, implicates Antioch Police Department officers' fundamental rights to privacy under the U.S. and California constitutions, and per California statutes, in addition this request implicates Kelly v. City of San Jose, 114 F.R.D. 653 (N.D. Ca 1987) and California Evidence Code §§ 1040, 1043, 1045, 1046, Government Code §§ 3300 et seq., Penal Code §§ 832.7, 832.8, and per Pitchess v. Superior Court (1974) 11 Cal.3d 531, and its progeny. Without waiving the foregoing objections, Defendant responds as follows: Defendant may agree to produce relevant, non-privileged documents, in its possession, responsive to this request regarding the named Defendants and/or parties or officers that are germane to the issues in this case, redacting and/or withholding irrelevant personal and/or private information, after the execution and filing of a Stipulated Protective Order in this matter.

**REQUEST FOR PRODUCTION NO. 52:**

Psychiatric-psychological records of defendants, JAMES WISECARVER JR.,STEVEN AIELLO, STEVEN BERGERHOUSE, RONALD KRENZ, DANIELLE JOANNIDES, STEPHANIE A. CHALK, and CAPTAIN LEONARD ORMAN, MICHAEL MORTIMER, JOSHUA VINCELET, DESMOND BITTNER, MATTHEW KOCH or any other officer from the Antioch Police Department who was present at any location described in paragraph 47 above.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 52:**

Defendant objects to this request insofar as the request is not calculated to lead to the discovery of relevant and/or admissible evidence, is overly broad, vague and ambiguous, is extremely compound, is completely and unduly burdensome and oppressive as to its breadth and scope, is overbroad as to time and scope, seeks documents which are privileged and confidential, implicates Antioch Police Department officers' fundamental rights to privacy under the U.S. and

California constitutions, and per California statutes, in addition this request implicates Kelly v. City of San Jose, 114 F.R.D. 653 (N.D. Ca 1987) and California Evidence Code §§ 1040, 1043, 1045, 1046, Government Code §§ 3300 et seq., Penal Code §§ 832.7, 832.8, and per Pitchess v. Superior Court (1974) 11 Cal.3d 531, and its progeny, as well as their right to privacy for medical and/or psychological records, visits and/or treatment.

**REQUEST FOR PRODUCTION NO. 53:**

Performance evaluations of defendants JAMES WISECARVER JR.,STEVEN AIELLO, STEVEN BERGERHOUSE, RONALD KRENZ, DANIELLE JOANNIDES, STEPHANIE A. CHALK, and CAPTAIN LEONARD ORMAN, JOSHUA VINCELET, and MICHAEL MORTIMER, DESMOND BITTNER, MATTHEW KOCH or any other officer from the Antioch Police Department who was present at any location described in paragraph 47 above.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 53:**

Defendant objects to this request insofar as the request is not calculated to lead to the discovery of relevant and/or admissible evidence, is overly broad, vague and ambiguous, is extremely compound, is completely and unduly burdensome and oppressive as to its breadth and scope, is overbroad as to time and scope, seeks documents which are privileged and confidential, implicates Antioch Police Department officers' fundamental rights to privacy under the U.S. and California constitutions, and per California statutes, in addition this request implicates Kelly v. City of San Jose, 114 F.R.D. 653 (N.D. Ca 1987) and California Evidence Code §§ 1040, 1043, 1045, 1046, Government Code §§ 3300 et seq., Penal Code §§ 832.7, 832.8, and per Pitchess v. Superior Court (1974) 11 Cal.3d 531, and its progeny. Without waiving the foregoing objections, Defendant responds as follows: Defendant may agree to produce relevant, non-privileged documents, in its possession, responsive to this request regarding the named Defendants and/or parties or officers that are germane to the issues in this case, redacting and/or withholding irrelevant personal and/or private information, after the execution and filing of a Stipulated Protective Order in this matter.

**REQUEST FOR PRODUCTION NO. 54:**

Any and all claims for sick leave and or medical or worker's compensation claims made

DEFENDANT CITY OF ANTIOCH'S                    46
RESPONSES TO PLAINTIFF'S FIRST REQUEST
FOR PRODUCTION OF DOCUMENTS

McNAMARA, NEY, BEATTY, SLATTERY, BORGES & AMBACHER LLP
ATTORNEYS AT LAW
1211 NEWELL AVENUE, WALNUT CREEK, CA 94596
TELEPHONE: (925) 939-5330

McNAMARA, NEY, BEATTY, SLATTERY, BORGES & AMBACHER LLP
ATTORNEYS AT LAW
1211 NEWELL AVENUE, WALNUT CREEK, CA 94596
TELEPHONE: (925) 939-5330

1    by Steven Aiello beginning on a date no later than and/or on or about and between 1/1/13 through

2    12/31/13.

3    **RESPONSE TO REQUEST FOR PRODUCTION NO. 54:**

4    Defendant objects to this request insofar as the request is not calculated to lead to the

5    discovery of relevant and/or admissible evidence, is overly broad, vague and ambiguous, is

6    extremely compound, is completely and unduly burdensome and oppressive as to its breadth and

7    scope, is overbroad as to time and scope, seeks documents which are privileged and confidential,

8    implicates Antioch Police Department Det. Aiello's fundamental rights to privacy under the U.S.

9    and California constitutions, and per California statutes, in addition this request implicates Kelly

10   v. City of San Jose, 114 F.R.D. 653 (N.D. Ca 1987) and California Evidence Code §§ 1040, 1043,

11   1045, 1046, Government Code §§ 3300 et seq., Penal Code §§ 832.7, 832.8, and per Pitchess v.

12   Superior Court (1974) 11 Cal.3d 531, and its progeny, as well as his fundamental right to privacy

13   per any for sick leave and/or medical and/or worker's compensation claims or matters.

14   **REQUEST FOR PRODUCTION NO. 55:**

15   Any and all personnel changes in rank, employment, shift, or duty, or assignments for

16   Officers Vincelet, Wisecarver, Aiello, and Mortimer, or any other named defendant from 1/1/10

17   to 12/31/13.

18   **RESPONSE TO REQUEST FOR PRODUCTION NO. 55:**

19   Defendant objects to this request insofar as the request is not calculated to lead to the

20   discovery of relevant and/or admissible evidence, is overly broad, vague and ambiguous, is

21   extremely compound, is completely and unduly burdensome and oppressive as to its breadth and

22   scope, is overbroad as to time and scope, seeks documents which are privileged and confidential,

23   implicates Antioch Police Department officers' fundamental rights to privacy under the U.S. and

24   California constitutions, and per California statutes, in addition this request implicates Kelly v.

25   City of San Jose, 114 F.R.D. 653 (N.D. Ca 1987) and California Evidence Code §§ 1040, 1043,

26   1045, 1046, Government Code §§ 3300 et seq., Penal Code §§ 832.7, 832.8, and per Pitchess v.

27   Superior Court (1974) 11 Cal.3d 531, and its progeny. Without waiving the foregoing objections,

28   Defendant responds as follows: Defendant may agree to produce relevant, non-privileged

McNAMARA, NEY, BEATTY, SLATTERY, BORGES & AMBACHER LLP
ATTORNEYS AT LAW
1211 NEWELL AVENUE, WALNUT CREEK, CA 94596
TELEPHONE: (925) 939-5330

1  documents, in its possession, responsive to this request regarding the named Defendants and/or
2  parties or officers that are germane to the issues in this case, redacting and/or withholding
3  irrelevant personal and/or private information, after the execution and filing of a Stipulated
4  Protective Order in this matter.

5  **REQUEST FOR PRODUCTION NO. 56:**

6  Any and all documents including statistics, dollar amounts, accounting controls and
7  annual financial audits of all deposits and expenditures, or accounting information pertaining to
8  asset forfeiture money received pursuant to Health and Safety Code section et seq. 11469.

9  **RESPONSE TO REQUEST FOR PRODUCTION NO. 56:**

10  Defendant objects to this request insofar as the request is not calculated to lead to the
11  discovery of relevant and/or admissible evidence, is overly broad, vague and ambiguous, is
12  extremely compound, is completely and unduly burdensome and oppressive as to its breadth and
13  scope, is overbroad as to time and scope, seeks documents which may be privileged and
14  confidential, implicates the seized parties' fundamental rights to privacy under the U.S. and
15  California constitutions, and per California statutes.  Without waiving the foregoing objections,
16  Defendant responds as follows: Defendant is investigating whether any such documents exist, the
17  form of such documents and whether such documents can be produced.

18  **REQUEST FOR PRODUCTION NO. 57:**

19  Any and all APD internal affairs investigation reports into any citizen complaints against
20  Defendant STEVEN AIELLO for alleged perjury pertaining to his testimony against Plaintiff
21  Steven Lee.

22  **RESPONSE TO REQUEST FOR PRODUCTION NO. 57:**

23  Defendant objects to this request insofar as the request is not calculated to lead to the
24  discovery of relevant and/or admissible evidence, is overly broad, vague and ambiguous, is
25  extremely compound, is completely and unduly burdensome and oppressive as to its breadth and
26  scope, is overbroad as to time and scope, seeks documents which are privileged and confidential,
27  implicates Antioch Police Department Det. Aiello's fundamental rights to privacy under the U.S.
28  and California constitutions, and per California statutes, in addition this request implicates Kelly

DEFENDANT CITY OF ANTIOCH'S                    48
RESPONSES TO PLAINTIFF'S FIRST REQUEST
FOR PRODUCTION OF DOCUMENTS

McNAMARA, NEY, BEATTY, SLATTERY, BORGES & AMBACHER LLP
ATTORNEYS AT LAW
1211 NEWELL AVENUE, WALNUT CREEK, CA 94596
TELEPHONE: (925) 939-5330

1   v. City of San Jose, 114 F.R.D. 653 (N.D. Ca 1987) and California Evidence Code §§ 1040, 1043,

2   1045, 1046, Government Code §§ 3300 et seq., Penal Code §§ 832.7, 832.8, and per Pitchess v.

3   Superior Court (1974) 11 Cal.3d 531, and its progeny. Without waiving the foregoing objections,

4   Defendant responds as follows: Defendant is not in possession of any documents responsive to

5   this request.

6       **REQUEST FOR PRODUCTION NO. 58:**

7           Any and all APD internal affairs investigation reports including disciplinary action

8   memoranda or FBI reports in the possession of the APD pertaining to APD policies and

9   procedure violations of data base inquiries, and/or illegal APD data base inquiries by Jimmy

10  Wisecarver Jr. including investigations after any FBI interviews regarding Jimmy Wisecarver Jr.

11  and allegations that he accessed DMV data bases and sold DMV information to Christopher

12  Butler.

13      **RESPONSE TO REQUEST FOR PRODUCTION NO. 58:**

14          Defendant objects to this request insofar as the request is not calculated to lead to the

15  discovery of relevant and/or admissible evidence, is overly broad, vague and ambiguous, is

16  extremely compound, is completely and unduly burdensome and oppressive as to its breadth and

17  scope, is overbroad as to time and scope, seeks documents which are privileged and confidential,

18  implicates Antioch Police Department Det. Wisecarver's fundamental rights to privacy under the

19  U.S. and California constitutions, and per California statutes, in addition this request implicates

20  Kelly v. City of San Jose, 114 F.R.D. 653 (N.D. Ca 1987) and California Evidence Code §§ 1040,

21  1043, 1045, 1046, Government Code §§ 3300 et seq., Penal Code §§ 832.7, 832.8, and per

22  Pitchess v. Superior Court (1974) 11 Cal.3d 531, and its progeny. Without waiving the foregoing

23  objections, Defendant responds as follows: Defendant may agree to produce relevant, non-

24  privileged documents, in its possession, responsive to this request regarding Det. Wisecarver, if

25  any, redacting and/or withholding irrelevant personal and/or private information, after the

26  execution and filing of a Stipulated Protective Order in this matter.

27      **REQUEST FOR PRODUCTION NO. 59:**

28          Any and all APD internal affairs investigation reports into any allegations or complaints

McNAMARA, NEY, BEATTY, SLATTERY, BORGES & AMBACHER LLP
ATTORNEYS AT LAW
1211 NEWELL AVENUE, WALNUT CREEK, CA 94596
TELEPHONE: (925) 939-5330

1   against Defendant STEVEN AIELLO for alleged perjury pertaining to his testimony against

2   Plaintiff Steven Lee.

3      **RESPONSE TO REQUEST FOR PRODUCTION NO. 59:**

4        Defendant objects to this request insofar as the request is not calculated to lead to the

5   discovery of relevant and/or admissible evidence, is overly broad, vague and ambiguous, is

6   extremely compound, is completely and unduly burdensome and oppressive as to its breadth and

7   scope, is overbroad as to time and scope, seeks documents which are privileged and confidential,

8   implicates Antioch Police Department Det. Aiello's fundamental rights to privacy under the U.S.

9   and California constitutions, and per California statutes, in addition this request implicates <u>Kelly</u>

10  <u>v. City of San Jose</u>, 114 F.R.D. 653 (N.D. Ca 1987) and California Evidence Code §§ 1040, 1043,

11  1045, 1046, Government Code §§ 3300 et seq., Penal Code §§ 832.7, 832.8, and per <u>Pitchess v.</u>

12  <u>Superior Court</u> (1974) 11 Cal.3d 531, and its progeny.  Without waiving the foregoing objections,

13  Defendant responds as follows: Defendant is not in possession of any documents responsive to

14  this request.

15     **REQUEST FOR PRODUCTION NO. 60:**

16       Any and all APD internal affairs investigation reports or notes relating to Officers

17  Vincelet, Wisecarver, Aiello, and Mortimer, Orman, Bittner and Koch pursuant to any

18  investigation by the FBI pertaining to misconduct against Officers Vincelet, Wisecarver, Aiello,

19  and Mortimer Orman,, Bittner and Koch.

20     **RESPONSE TO REQUEST FOR PRODUCTION NO. 60:**

21       Defendant objects to this request insofar as the request is not calculated to lead to the

22  discovery of relevant and/or admissible evidence, is overly broad, vague and ambiguous, is

23  extremely compound, is completely and unduly burdensome and oppressive as to its breadth and

24  scope, is overbroad as to time and scope, seeks documents which are privileged and confidential,

25  implicates Antioch Police Department officers' fundamental rights to privacy under the U.S. and

26  California constitutions, and per California statutes, in addition this request implicates <u>Kelly v.</u>

27  <u>City of San Jose</u>, 114 F.R.D. 653 (N.D. Ca 1987) and California Evidence Code §§ 1040, 1043,

28  1045, 1046, Government Code §§ 3300 et seq., Penal Code §§ 832.7, 832.8, and per <u>Pitchess v.</u>

McNAMARA, NEY, BEATTY, SLATTERY, BORGES & AMBACHER LLP
ATTORNEYS AT LAW
1211 NEWELL AVENUE, WALNUT CREEK, CA 94596
TELEPHONE: (925) 939-5330

1   Superior Court (1974) 11 Cal.3d 531, and its progeny.  Without waiving the foregoing objections,

2   Defendant responds as follows: Defendant may agree to produce relevant, non-privileged

3   documents, in its possession, responsive to this request regarding the named Defendants and/or

4   parties or officers that are germane to the issues in this case, redacting and/or withholding

5   irrelevant personal and/or private information, after the execution and filing of a Stipulated

6   Protective Order in this matter.

7          **REQUEST FOR PRODUCTION NO. 61**:

8          Any and all discipline imposed on Officers Vincelet, Wisecarver, Aiello, and Mortimer,

9   Orman, Bittner and Koch pursuant to any and all FBI investigations or interviews, including any

10  and all FBI 302's.

11         **RESPONSE TO REQUEST FOR PRODUCTION NO. 61**:

12         Defendant objects to this request insofar as the request is not calculated to lead to the

13  discovery of relevant and/or admissible evidence, is overly broad, vague and ambiguous, is

14  extremely compound, is completely and unduly burdensome and oppressive as to its breadth and

15  scope, is overbroad as to time and scope, seeks documents which are privileged and confidential,

16  implicates Antioch Police Department officers' fundamental rights to privacy under the U.S. and

17  California constitutions, and per California statutes, in addition this request implicates Kelly v.

18  City of San Jose, 114 F.R.D. 653 (N.D. Ca 1987) and California Evidence Code §§ 1040, 1043,

19  1045, 1046, Government Code §§ 3300 et seq., Penal Code §§ 832.7, 832.8, and per Pitchess v.

20  Superior Court (1974) 11 Cal.3d 531, and its progeny.  Without waiving the foregoing objections,

21  Defendant responds as follows: Defendant is not aware of any documents in its possession

22  responsive to this request.

23         **REQUEST FOR PRODUCTION NO. 62**:

24         Any and all documents, including witness interviews, notes, photographs, audio and video

25  recordings, FBI form 302 reports, forensic reports, fingerprint and palm print exemplars,

26  investigation or arrest reports, recordings, e-mails, affidavits for search warrants, search warrants,

27  applications for destruction orders, destruction orders, returns to search warrants, lists of property

28  and/or currency seized, asset forfeiture documents, CAD logs, video, and internal and external

McNAMARA, NEY, BEATTY, SLATTERY, BORGES & AMBACHER LLP
ATTORNEYS AT LAW
1211 NEWELL AVENUE, WALNUT CREEK, CA 94596-
TELEPHONE: (925) 939-5330

1   evidence chain of custody documents of property seized, documents pertaining to charging

2   decisions drafted by Antioch Police Department, or any law enforcement agency in the

3   possession of APD, including Internal Affairs Bureau investigation reports, investigation reports

4   or charging decision documents by the Contra Costa County District Attorney's Office, Bureau of

5   Narcotics Enforcement reports, or reports by any special agent of the Federal Bureau of

6   Investigation, and Federal Drug Enforcement Administration, constituting, referring and related

7   to any complaint by Mr. Ralph Hernandez including but not limited to Abraham Jesus Hurtado,

8   DOB, 7-14-8, whose property was allegedly stolen, including documents constituting, referring

9   and related to any investigation, responsive to any complaint pertaining to theft from Mr. Hurtado,

10  and constituting, referring, and relating to, Norman Wielsch, Louis Lombardi, Christopher Butler,

11  Michael McGary, Joshua Vincelet, Steven Bergerhouse, Ronald Krenz, Danielle Joannides,

12  Stephanie Chalk, Leonard Orman, Michael Mortimer, Steven Aiello, James Wisecarver Jr.,

13  Desmond Bittner and Matthew Koch, and any documents constituting, referring and relating to

14  any search and seizure of Mr. Hurtado's home or property by Norman Wielsch, Louis Lombardi,

15  Michael McGary, Joshua Vincelet, Steven Bergerhouse, Ronald Krenz, Danielle Joannides,

16  Stephanie Chalk, Leonard Orman, Michael Mortimer, Steven Aiello, James Wisecarver Jr.,

17  Desmond Bittner and Matthew Koch and/or members of the Antioch Police Department, FBI,

18  IRS, BNE, and CCCNET.

19  **RESPONSE TO REQUEST FOR PRODUCTION NO. 62:**

20      Defendant objects to this request insofar as the request is not calculated to lead to the

21  discovery of relevant and/or admissible evidence, is overly broad, vague and ambiguous, is

22  entirely compound, is unduly burdensome and oppressive, is overbroad as to time and scope,

23  seeks records not in the possession of these Antioch Defendants, seeks documents which may be

24  privileged and/or confidential and/or may implicate the fundamental rights to privacy of persons

25  under the U.S. and California constitutions, seeks records of an individual that is not a party in

26  this action, and, in addition, discovery pertaining to any *Monell* type claim against the City of

27  Antioch has been ordered deferred by the Court.

28

DEFENDANT CITY OF ANTIOCH'S                    52
RESPONSES TO PLAINTIFF'S FIRST REQUEST
FOR PRODUCTION OF DOCUMENTS

1    **REQUEST FOR PRODUCTION NO. 63:**

2    Any and all documents named in Defendant City of Antioch's Rule 26 initial disclosures.

3    **RESPONSE TO REQUEST FOR PRODUCTION NO. 63:**

4    Defendant is producing documents listed in their Initial Disclosures.

5    **REQUEST FOR PRODUCTION NO. 64:**

6    Any and all documents from the state Automated Archives System for fingerprint

7    impressions obtained for each officer or agent for employment purposes and from the Automated

8    Fingerprint Identification System for criminal convictions for all Defendants JAMES

9    WISECARVER JR.,STEVEN AIELLO, STEVEN BERGERHOUSE, RONALD KRENZ,

10   DANIELLE JOANNIDES, STEPHANIE A. CHALK, and CAPTAIN LEONARD ORMAN,

11   JOSHUA VINCELET and MICHAEL MORTIMER, DESMOND BITTNER, MATTHEW

12   KOCH or any other officer from the Antioch Police Department who was present at any location

13   described in paragraph 47 above.

14   **RESPONSE TO REQUEST FOR PRODUCTION NO. 64:**

15   Defendant objects to this request insofar as the request is not calculated to lead to the

16   discovery of relevant and/or admissible evidence, is overly broad, vague and ambiguous, is

17   compound, is unduly burdensome and oppressive as to its breadth and scope, is overbroad as to

18   time and scope, seeks documents which are privileged and confidential, implicates Antioch Police

19   Department officers' fundamental rights to privacy under the U.S. and California constitutions,

20   and per California statutes, in addition this request implicates Kelly v. City of San Jose, 114

21   F.R.D. 653 (N.D. Ca 1987) and California Evidence Code §§ 1040, 1043, 1045, 1046,

22   Government Code §§ 3300 et seq., Penal Code §§ 832.7, 832.8, and per Pitchess v. Superior

23   Court (1974) 11 Cal.3d 531, and its progeny.

24

25

26

27

28

McNAMARA, NEY, BEATTY, SLATTERY, BORGES & AMBACHER LLP
ATTORNEYS AT LAW
1211 NEWELL AVENUE, WALNUT CREEK, CA 94596
TELEPHONE: (925) 939-5330

1    Dated:  June 30, 2014

McNamara, Ney, Beatty, Slattery,
Borges & Ambacher LLP

2

3

4    By: _____
James V. Fitzgerald, III

5    Noah G. Blechman
Attorneys for Defendants

6    CITY OF ANTIOCH, ANTIOCH POLICE
DEPARTMENT, JAMES HYDE CHIEF OF

7    ANTIOCH POLICE DEPARTMENT, JOSHUA
VINCELET, JAMES WISECARVER, JR., STEVEN

8    AIELLO, STEVEN BERGERHOUSE, RONALD
KRENZ, DANIELLE JOANNIDES, STEPHANIE A.

9    CHALK, AND CAPTAIN LEONARD ORMAN

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DEFENDANT CITY OF ANTIOCH'S              54
RESPONSES TO PLAINTIFF'S FIRST REQUEST
FOR PRODUCTION OF DOCUMENTS

McNamara, Ney, Beatty, Slattery, Borges & Ambacher LLP
ATTORNEYS AT LAW
1211 NEWELL AVENUE, WALNUT CREEK, CA 94596
TELEPHONE: (925) 939-5330

PROOF OF SERVICE BY MAIL (C.C.P. §§ 1013a, 2015.5)

1
2       I hereby declare that I am a citizen of the United States, am over the age of eighteen years,
3  and not a party to the within action; my business address is 1211 Newell Avenue, Walnut Creek,
4  California 94596.
5       On this date I served the foregoing **DEFENDANT CITY OF ANTIOCH'S**
6  **RESPONSES TO PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF**
7  **DOCUMENTS** on the parties in said action, by placing a true copy thereof enclosed in a sealed
8  envelope addressed as listed below for mailing. I am readily familiar with this firm's practice of
9  collection and processing correspondence for mailing. Under that practice, it would be deposited
10  with the United States Postal Service on that same day with postage thereon fully prepaid, in the
11  United States Post Office mail box at Walnut Creek, California, addressed as follows:

12  **Attorneys For Plaintiff's:**                   **Attorneys For Defendants :**

13  Mr. Tim A. Pori                                   Steven C. Mitchell, Esq.
    Law Offices of Tim A. Pori                        Geary, Shea, O'Donnell, Grattan & Mitchell,
14  521 Georgia Street                                P.C.
    Vallejo, CA 94590                                 37 Old Courthouse Square, 4th Floor
15                                                    Santa Rosa, CA 95404
    Phone: 707-644-4004
16  Fax: 707-644-7528                                 Phone: 707-545-1660
                                                      Fax: 707-545-1876
17
    **Attorneys For Michael McGary:**                 **Attorneys For Christopher Butler:**
18
19  Cameron Baker, Esq.                               Geoffrey Wm. Steele, Esq.
    Deputy County Counsel                             Steele, George, Schofield & Ramos, LLP
20  Office of the County Counsel                      3100 Oak Road, Suite 100
    COUNTY OF CONTRA COSTA                            Walnut Creek, CA 94597
    651 Pine Street, 9th Floor
21  Martinez , CA 94553                               Phone: 925-280-1700
                                                      Fax: 925-935-1642
22  Phone: 925-335-1885
    Fax: 925-335-1866
23

24      I declare under penalty of perjury under the laws of the State of California that the
25  foregoing is true and correct and that this declaration was executed on July 1, 2014 at Walnut
26  Creek, California.

27

28                                                    _____
                                                      SABRINA AHIA

McNAMARA, NEY, BEATTY, SLATTERY, BORGES & AMBACHER LLP
ATTORNEYS AT LAW
1211 NEWELL AVENUE WALNUT CREEK, CA 94596
TELEPHONE: (925) 939-5330