UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SEAN O'TOOLE, et al.,

         Plaintiffs,

   v.

CITY OF ANTIOCH, et al.,

         Defendants.

Case No.  11-cv-01502-PJH   (MEJ)

**NOTICE OF REFERRAL FOR DISCOVERY**

TO ALL PARTIES AND COUNSEL OF RECORD:

     This case has been referred to Magistrate Judge Maria-Elena James for discovery.  The parties must comply with Judge James' Discovery Standing Order, which is available on the Court's website at http://www.cand.uscourts.gov/mej.  A copy is enclosed herewith for any pro se party.

     The parties are advised that they must meet and confer in person before any dispute is considered.  Thus, any pending discovery motions are hereby DENIED WITHOUT PREJUDICE to the filing of a joint letter.  If the parties submitted a letter to the presiding judge instead of a motion, the letter shall not be considered unless the parties attest that they met and conferred in person prior to filing the letter.  Accordingly, within three days from issuance of this notice, the parties shall file a joint statement verifying that they met in person prior to filing the letter.

     Please contact the Courtroom Deputy Clerk, Rose Maher, at (415) 522-4708 with any questions.

     **IT IS SO ORDERED.**

Dated: September 17, 2014

_____

MARIA-ELENA JAMES
United States Magistrate Judge