UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SEAN O'TOOLE, et al.,

    Plaintiffs,

    v.

CITY OF ANTIOCH, et al.,

    Defendants.
_____/

No. C 11-01502 PJH

**ORDER RE DEFENDANTS' CHAMBERS COPIES**

    PLEASE TAKE NOTICE that the chambers copy of defendants' declaration of Noah G. Blechman and attached exhibits (Dkt. 68) was submitted in a format that is not usable by the court.

    The chambers copy is not usable because it

- ☐ consists of a stack of loose paper wrapped with a rubber band;
- ☒ consists of a stack of loose paper fastened with a binder clip or a paper clip;
- ☐ is too thick to permit secure fastening with a staple, and is fastened with a brad-type fastener that is too short for the thickness of the document;
- ☐ has no tabs for the voluminous exhibits;
- ☐ includes exhibits that are illegible;
- ☐ includes exhibits that are unreadable because the print is too small;
- ☐ includes text and/or footnotes in a font smaller than 12 point;
- ☐ includes portions or exhibits that are redacted because the submitting party has requested leave to file those portions under seal;

☐ includes exhibits that are not attached to a declaration or request for judicial notice and are otherwise unidentified.

The paper used for the above-described chambers copy has been recycled by the court. No later than **October 9, 2014**, defendants shall submit a chambers copy in a format that is usable by the court.

**IT IS SO ORDERED.**

Dated: October 7, 2014

_____
PHYLLIS J. HAMILTON
United States District Judge