1

2

3                          UNITED STATES DISTRICT COURT

4                         NORTHERN DISTRICT OF CALIFORNIA

5

6

7   SEAN O'TOOLE, et al.,

8              Plaintiffs,                    No. C 11-1502 PJH

9        v.                                   **ORDER DENYING MOTION FOR
                                              RELIEF FROM NONDISPOSITIVE**
10  CITY OF ANTIOCH, et al.,                  **PRETRIAL ORDER OF MAGISTRATE
                                              JUDGE**
11
             Defendants.
12  _____/

13       Plaintiffs in the above-captioned case have filed a motion for relief from a

14  nondispositive pretrial order of a Magistrate Judge.  Specifically, plaintiffs seek relief from

15  the portion of Magistrate Judge James' discovery order which held that "[p]laintiffs have not

16  shown that third party discovery is necessary without first exhausting discovery regarding

17  the named plaintiffs," thereby limiting discovery at this stage of the case to the named

18  plaintiffs. See Dkt. 85 (October 15, 2014).

19       The court notes that Magistrate Judge James' order did not foreclose the possibility

20  of third-party discovery, and in fact, the order expressly provides that "[i]f plaintiffs maintain

21  that discovery regarding nonparties is necessary after completion of this discovery, the

22  parties shall meet and confer and thereafter file a letter in compliance with the

23  undersigned's Discovery Standing Order if they are unable to reach an agreement."

24       In their motion, plaintiffs argue the relevance of third-party discovery, but do not

25  present any reason why such discovery is needed at the same time as plaintiff-related

26  discovery.  Accordingly, the court DENIES plaintiffs' motion for relief from Magistrate Judge

27  James' discovery order.

28

1

2       **IT IS SO ORDERED**.

3    Dated: November 4, 2014

4                                                 _____
                                                 PHYLLIS J. HAMILTON
5                                                 United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28