UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SEAN O'TOOLE, et al.,

    Plaintiffs,

    v.

CITY OF ANTIOCH, et al.,

    Defendants.

Case No. 11-cv-01502-PJH   (MEJ)

**DISCOVERY ORDER**

Re: Dkt. No. 120

On April 3, 2015, Plaintiffs filed their portion of a joint letter to address a discovery dispute concerning Defendant Christopher Butler's noticed deposition. Dkt. No. 120. Although the parties have met and conferred in person on this issue, Plaintiffs filed their portion alone in order to ensure compliance with Civil Local Rule 37-3, which requires that discovery matters be filed with the Court no later than seven days after the fact discovery cut-off. Good cause appearing, the Court shall accept Plaintiff's letter and hereby ORDERS Defendant to file his portion of the joint letter by April 9, 2015.

    **IT IS SO ORDERED.**

Dated: April 6, 2015

_____
MARIA-ELENA JAMES
United States Magistrate Judge