UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SEAN O'TOOLE, et al.,

    Plaintiffs,

    v.

CITY OF ANTIOCH, et al.,

    Defendants.

Case No. 11-cv-01502-PJH

**ORDER RE CHAMBERS COPIES**

PLEASE TAKE NOTICE that the chambers copies of multiple filings made by plaintiffs were either submitted in a format that is not usable by the court, or not submitted at all.

First, the chambers copy of the declaration of Tim Pori in support of plaintiffs' motion for partial summary adjudication (Dkt. 138-1), and related exhibits, was submitted without tabs for the exhibits.

Second, the chambers copy of plaintiffs' response to defendant Wielsch's motion for summary judgment (Dkt. 156) was not submitted at all.

Third, the chambers copy of plaintiffs' response to the Antioch defendants' motion for summary judgment (Dkt. 158) was not submitted at all.

Fourth, the chambers copy of the declaration of Tim Pori (Dkt. 159) was not submitted at all, and of the 28 attached exhibits, only exhibits 17, 21, 22, and 24 were submitted.

Fifth, the chambers copy of plaintiffs' request for judicial notice (Dkt. 160) was not submitted at all.

No later than **Friday, June 26, 2015**, plaintiffs shall submit chambers copies of each of these documents in a format that is usable by the court.

**IT IS SO ORDERED.**

Dated: June 25, 2015

_____
PHYLLIS J. HAMILTON
United States District Judge

2