UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SEAN O'TOOLE, et al.,

    Plaintiffs,

    v.

CITY OF ANTIOCH, et al.,

    Defendants.

Case No. 11-cv-01502-PJH

**ORDER RE PRETRIAL FILINGS**

On September 1, 2015, the parties in the above-captioned case filed a stipulation requesting an extension of the deadline to file pretrial documents. On September 4, 2015, the court issued an order denying the requested two-week extension, but granting a limited extension, moving the deadline for the joint pretrial statement, trial briefs, motions in limine, deposition designations, witness and exhibit lists, jury instructions, and verdict form from September 10, 2015 to September 14, 2015. See Dkt. 181. The court was clear in stating that "[n]o further modification to this deadline will be considered." Id.

Despite the court's order, the parties did not comply with the deadline imposed by the court. No verdict form or exhibit list was filed by any party. No jury instructions were filed by defendants. No witness list or trial brief was filed by plaintiffs.

The court admonishes the parties for violating the court's order. The parties may not unilaterally grant themselves the extension that was denied by the court. All documents set forth in section B.3 of the amended case management and pretrial order must be filed today, **September 15, 2015**, or the parties risk having their papers stricken and disregarded. The court will also consider sanctions for any future late filings.

**IT IS SO ORDERED.**

Dated:  September 15, 2015

_____
PHYLLIS J. HAMILTON
United States District Judge