JAMES V. FITZGERALD, III (State Bar No. 55632)
NOAH G. BLECHMAN (State Bar No. 197167)
MCNAMARA, NEY, BEATTY, SLATTERY,
BORGES & AMBACHER LLP
1211 Newell Avenue
Walnut Creek, CA 94596
Telephone: (925) 939-5330
Facsimile:  (925) 939-0203

Attorneys for Defendants
CITY OF ANTIOCH, ANTIOCH POLICE DEPARTMENT,
JAMES HYDE CHIEF OF ANTIOCH POLICE
DEPARTMENT, JOSHUA VINCELET, JAMES
WISECARVER, JR., STEVEN AIELLO, STEVEN
BERGERHOUSE, RONALD KRENZ, DANIELLE
JOANNIDES, STEPHANIE A. CHALK, AND CAPTAIN
LEONARD ORMAN, DESMOND BITTNER AND
MATTHEW KOCH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN O'TOOLE, KELLEY O'TOOLE, STEVEN DANIEL LEE, JENNIFER LYNN CURTIS, and JACK FOSTER,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF ANTIOCH, et al.<br><br>Defendants. | Case No. CV11-01502 PJH<br><br>**STIPULATION AND [PROPOSED] ORDER TO DISMISS SEVERAL ANTIOCH DEFENDANTS, WITH PREJUDICE** |

IT IS HEREBY STIPULATED, by and between the parties to this action through their respective counsel of record, that pursuant to Federal Rules of Civil Procedure 41(a)(2), Plaintiffs hereby agree to dismiss only Defendants STEPHANIE A. CHALK, CAPTAIN LEONARD ORMAN and MATTHEW KOCH from this action, with prejudice, each party to bear its own fees and costs with regard to these dismissed parties.

The parties attest that concurrence in the filing of these documents has been obtained from each of the other Signatories, which shall serve in lieu of their signatures on the document.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: September 30, 2015   LAW OFFICES OF TIM A. PORI

By:  /s/ Pori, Tim
TIM A. PORI
Attorneys for Plaintiffs O'TOOLE, O'TOOLE, CURTIS, FOSTER, and LEE

Dated: September 30, 2015   McNAMARA, NEY, BEATTY, SLATTERY, BORGES & AMBACHER LLP

By:  /s/ Noah G. Blechman
James V. Fitzgerald, III
Noah G. Blechman
Attorneys for Defendants
CITY OF ANTIOCH, ANTIOCH POLICE DEPARTMENT, JAMES HYDE CHIEF OF ANTIOCH POLICE DEPARTMENT, JOSHUA VINCELET, JAMES WISECARVER, JR., STEVEN AIELLO, STEVEN BERGERHOUSE, RONALD KRENZ, DANIELLE JOANNIDES, STEPHANIE A. CHALK, CAPTAIN LEONARD ORMAN, DESMOND BITTNER AND MATTHEW KOCH

## ORDER

Per Stipulation, IT IS HEREBY ORDERED that the following Defendants STEPHANIE A. CHALK, CAPTAIN LEONARD ORMAN and MATTHEW KOCH are hereby dismissed from this action, with prejudice, each party to bear its own fees and costs as to these dismissed Defendants.

IT IS SO ORDERED.

Dated: October 2, 2015

Hon. Judge Phyllis J. Hamilton
United States District Judge

[STAMP: IT IS SO ORDERED / Judge Phyllis J. Hamilton / United States District Court Northern District of California]

STIPULATION AND ORDER TO DISMISS SEVERAL ANTIOCH DEFENDANTS, WITH PREJUDICE – CV11-01502 PJH  2