UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SEAN O'TOOLE, et al.,

    Plaintiffs,

    v.

CITY OF ANTIOCH, et al.,

    Defendants.

Case No. 11-cv-1502-PJH

**ORDER RE REQUEST TO PREVENT DISMISSAL**

On December 8, 2015, plaintiffs filed a request to prevent dismissal against defendant Norman Wielsch. Plaintiffs explain that defendant Wielsch has not remitted his portion of the agreed-upon consideration for settlement, and thus requests that the matter be restored to the court's calendar and set for trial.

Before ruling on plaintiffs' request, the court prefers to have defendant Wielsch submit a response. Defendant Wielsch shall have until **Monday, December 14, 2015** to file a response to plaintiffs' request.

**IT IS SO ORDERED.**

Dated:  December 10, 2015

_____
PHYLLIS J. HAMILTON
United States District Judge