STEVEN C. MITCHELL, ESQ., SBN 124644
ROBERT W. HENKELS, ESQ., SBN 255410
GEARY, SHEA, O'DONNELL, GRATTAN & MITCHELL, P.C.
90 South E Street, Suite 300
Santa Rosa, California  95404
Telephone:  707/545-1660
Facsimile:  707/545-1876

Attorneys for Defendant
NORMAN WIELSCH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN O'TOOLE, KELLEY O'TOOLE, STEVEN DANIEL LEE, JENNIFER LYNN CURTIS, and JACK FOSTER,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF ANTIOCH, ANTIOCH POLICE DEPARTMENT, JAMES HYDE CHIEF OF ANTIOCH POLICE DEPARTMENT, NORMAN WIELSCH, MICHAEL McGARY, LOUIS LOMBARDI, JOSHUA VINCELET, JAMES WISECARVER JR., STEVEN AIELLO, STEVEN BERGERHOUSE, CHRISTOPHER BUTLER, RONALD KRENZ, DANIELLE JOANNIDES, STEPHANIE A. CHALK, CAPTAIN LEONARD ORMAN, AND DOES 1 – 20, inclusive,<br><br>Defendants. | CASE NO.:  CV 11 1502 PJH<br><br>**NOTICE OF TENDER OF SETTLEMENT PAYMENT AND REQUEST TO REMOVE OSC HEARING FROM CALENDAR; [Proposed] ORDER VACATING HEARING DATE AND DISMISSING CASE WITH PREJUDICE** |

Pursuant to this Court's December 17, 2015 Order, the parties hereby notify the Court that defendant Norman Wielsch has tendered payment to plaintiffs in the form of a check for $15,000.00, issued pursuant to the parties' Settlement Agreement.  The parties therefore respectfully request that the Court take the OSC Hearing, scheduled for January 20, 2016 at 9:00 am, off calendar.

///

RESPECTFULLY SUBMITTED.

DATE:   January 19, 2016          LAW OFFICES OF TIM A. PORI

By  */s/    Tim A. Pori*
    TIM A. PORI
    Attorney for Plaintiffs SEAN O'TOOLE, KELLEY O'TOOLE, STEVEN DANIEL LEE, JENNIFER LYNN CURTIS, and JACK FOSTER

DATE:   January 19, 2016          GEARY, SHEA, O'DONNELL, GRATTAN & MITCHELL, P.C.

By  */s/  Robert W. Henkels*
    ROBERT W. HENKELS
    Attorneys for Defendant
    NORMAN WIELSCH

### ORDER OF THE UNITED STATES DISTRICT COURT

Upon receipt the parties' notice that the settlement funds have been tendered on behalf of defendant Norman Wielsch, and in accordance with its December 17, 2015 Order, the Court hereby VACATES the OSC Hearing currently scheduled for January 20, 2016 at 9:00 am.  This case is therefore hereby DISMISSED in its entirety with prejudice pursuant to the parties' settlement and this Court's Order of Dismissal, ECF No. 229.

**IT IS SO ORDERED.**

DATED: _____                    _____
                                      UNITED STATES DISTRICT JUDGE