1    STEVEN C. MITCHELL, ESQ., SBN 124644
2    ROBERT W. HENKELS, ESQ., SBN 255410
     GEARY, SHEA, O'DONNELL, GRATTAN & MITCHELL, P.C.
3    90 South E Street, Suite 300
     Santa Rosa, California  95404
     Telephone:  707/545-1660
4    Facsimile:  707/545-1876

5    Attorneys for Defendant
     NORMAN WIELSCH
6

7

8                      UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11
     SEAN O'TOOLE, KELLEY O'TOOLE,          CASE NO.:  CV 11 1502 PJH
12   STEVEN DANIEL LEE, JENNIFER LYNN
     CURTIS, and JACK FOSTER,               **NOTICE OF TENDER OF SETTLEMENT
13                                          PAYMENT AND REQUEST TO REMOVE
            Plaintiffs,                      OSC HEARING FROM CALENDAR;
14                                          [Proposed] ORDER VACATING HEARING
            v.                              DATE AND DISMISSING CASE WITH
15                                          PREJUDICE**
     CITY OF ANTIOCH, ANTIOCH POLICE
16   DEPARTMENT, JAMES HYDE CHIEF OF
     ANTIOCH POLICE DEPARTMENT,
17   NORMAN WIELSCH, MICHAEL McGARY,
     LOUIS LOMBARDI, JOSHUA VINCELET,
18   JAMES WISECARVER JR., STEVEN
     AIELLO, STEVEN BERGERHOUSE,
19   CHRISTOPHER BUTLER, RONALD KRENZ,
     DANIELLE JOANNIDES, STEPHANIE A.
20   CHALK, CAPTAIN LEONARD ORMAN,
     AND DOES 1 – 20, inclusive,
21
            Defendants.
22

23          Pursuant to this Court's December 17, 2015 Order, the parties hereby notify the Court that

24   defendant Norman Wielsch has tendered payment to plaintiffs in the form of a check for

25   $15,000.00, issued pursuant to the parties' Settlement Agreement.  The parties therefore

26   respectfully request that the Court take the OSC Hearing, scheduled for January 20, 2016 at 9:00

27   am, off calendar.

28   ///

LAW OFFICES OF
**Geary,
Shea,
O'donnell,
Grattan &
mitchell
P.C.**

RESPECTFULLY SUBMITTED.

DATE:      January 19, 2016                    LAW OFFICES OF TIM A. PORI


                                              By _/s/     Tim A. Pori_____
                                                 TIM A. PORI
                                                 Attorney for Plaintiffs SEAN O'TOOLE,
                                                 KELLEY O'TOOLE, STEVEN DANIEL
                                                 LEE, JENNIFER LYNN CURTIS, and JACK
                                                 FOSTER

DATE:      January 19, 2016                    GEARY, SHEA, O'DONNELL, GRATTAN &
                                              MITCHELL, P.C.


                                              By ___/s/  Robert W. Henkels_____
                                                 ROBERT W. HENKELS
                                                 Attorneys for Defendant
                                                 NORMAN WIELSCH

### ORDER OF THE UNITED STATES DISTRICT COURT

Upon receipt the parties' notice that the settlement funds have been tendered on behalf of

defendant Norman Wielsch, and in accordance with its December 17, 2015 Order, the Court hereby

VACATES the OSC Hearing currently scheduled for January 20, 2016 at 9:00 am.  This case is

therefore hereby DISMISSED in its entirety with prejudice pursuant to the parties' settlement and

this Court's Order of Dismissal, ECF No. 229.

**IT IS SO ORDERED.**


DATED:  1/20/16_____              _____
                                   UNITED STATES DISTRICT JUDGE

LAW OFFICES OF
**Geary,
Shea,
O'donnell,
Grattan &
mitchell
P.C.**